%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Catherine Deegan Patterson, Individually
and as she is the Administratrix of the
Estate of Edward "Teddy" Deegan, and
Yvonne Deegan Gjoka

**SUMMONS IN A CIVIL CASE**

v.

United States of America and
Dennis Condon

CASE NUMBER: 04  11817 JLT

TO: (Name and address of Defendant)   United States of America
Civil Process Clerk
United States Attorney for the District of Massachusetts
U.S. Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neil Rossman, Esq.
Paul F. Denver, Esq.
Rossman & Rossman
Marketplace Center - North
200 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___sixty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                            AUG 2 0 2004
CLERK                                   DATE

(By) DEPUTY CLERK