UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Catherine Deegan Patterson, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>United States of America, *et al.* )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-11817 JLT |

**<u>NOTICE OF APPEARANCE OF COUNSEL FOR UNITED STATES OF AMERICA</u>**

PLEASE TAKE NOTICE that Trial Attorney Bridget Bailey Lipscomb hereby enters her appearance on behalf of the United States of America in the above-captioned case. It is respectfully requested that service of all pleadings, documents, notice, and other papers be effected as follows:

<u>For regular mail delivery</u> :
BRIDGET BAILEY LIPSCOMB
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington D.C. 20044

<u>For overnight delivery</u> :
BRIDGET BAILEY LIPSCOMB
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8016N
Washington, D.C. 20004

EFC Filing:

Bridget.Lipscomb@usdoj.gov

                                      Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General


                                      PHYLLIS J. PYLES
                                      Director, Torts Branch

                                      /s/Bridget Bailey Lipscomb
                                      BRIDGET BAILEY LIPSCOMB
                                      Trial Attorney
                                      Torts Branch, Civil Division
                                      U.S. Department of Justice
                                      Benjamin Franklin Station
                                      P.O. Box 888
                                      Washington, D.C. 20044
                                      (202) 616-9356
                                      (202) 616-5200 (FAX)

Dated: November 22, 2004                 Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I, Bridget Bailey Lipscomb, hereby certify that on November 22, 2004, I served a true copy of the Notice of Appearance of Counsel, United States Motion to Dismiss, Memorandum In Support of United States' Motion to Dismiss and Order by U.S. mail on:

    Neil Rossman
    Paul F. Denver
    Rossman & Rossman
    Marketplace Center - North
    200 State Street
    Boston, MA 02109

    /s/Bridget Bailey Lipscomb
    BRIDGET BAILEY LIPSCOMB