UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Catherine Deegan Patterson, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11817 JLT |
| ) | |
| United States of America, *et al.* ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' MOTION TO DISMISS**

Defendant, United States of America, by and through undersigned counsel, hereby moves under Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction. The grounds for this motion are set forth fully in the attached memorandum of law in support of the United States' motion. A proposed order is also attached.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

                                                Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                PHYLLIS  J. PYLES
                                                Director, Torts Branch

                                                /s/Bridget Bailey Lipscomb
                                                BRIDGET BAILEY LIPSCOMB
                                                Trial Attorney
                                                Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                Benjamin Franklin Station
                                                P.O. Box 888
                                                Washington, D.C. 20044
                                                (202) 616-9356
                                                (202) 616-5200 (FAX)

Dated:  November 22, 2004                    Attorneys for the United States of America