# TAB 2

NewsBank InfoWeb

# America's Newspapers

Estimated printed pages: 3

Boston Globe

July 20, 1983
Edition: N
Section: RUN OF PAPER
Page: ?????

MURDERER ABSOLVES 3 MOBSTERS IN SLAYING
Author: Richard J. Connolly Globe Staff

Article Text:

An inmate serving a life sentence at Walpole for a gangland execution in Chelsea 18 years ago has admitted his guilt and has absolved three organized crime figures convicted with him, according to documents filed in US District Court in Boston.

A lawyer who appeared today before US Magistrate Robert B. Collings raised the possibility that a new trial may be sought in Suffolk Superior Court by three of the six men convicted in the 1965 murder of Edward (Teddy) **Deegan**.

The lawyer, John E. Cavicchi of Boston, quoted Wilfred Roy French, 54, of Everett, as telling a private detective that he fired a shot into **Deegan**'s head but that Henry Tameleo, 82, of Cranston, R.I.; Peter J. Limone, 48, of Medford, and Louis M. Greco, 66, of Peabody, had nothing to do with the crime.

Tameleo, described by law enforcement officials as "the elder statesman" of organized crime in New England and confidant of Raymond L.S. Patriarca, reputed head of the criminal organization, is an inmate at the Bay State Correctional Center in Norfolk.

Greco is at the Massachusetts Correctional Institution in Lancaster. Limone, listed by police as an associate of top organized crime figures in Boston, is at the Boston Pre-Release Center, awaiting a decision by the Massachusetts State Parole Board on his attempt to obtain a parole.

**Deegan**, 35, with a record of 25 arrests, was lured into a Chelsea alley on the night of March 12, 1965, and shot to death, reportedly because he had annoyed organized crime leaders.

The six defendants were convicted in 1968 after the prosecution's chief witness, Joseph (Barboza) Baron, a former organized crime executioner, testified that Limone promised him $7500 to kill **Deegan** and that he had discussed the so-called contract with Tameleo. Baron was shot to death in 1976 in what officials said was retribution for his decision to turn government witness.

Lawyers for those convicted in the **Deegan** murder have claimed during numerous court appearances that Baron, during a meeting with the lawyer F. Lee Bailey, recanted his testimony two years after the trial, saying Limone, Tameleo and Greco were not involved in the **Deegan** murder.

The others convicted in the case were Joseph L. **Salvati**, 50, of Boston's North End and Ronald A. Cassesso, 51, of Somerville. Both are serving prison sentences.

Disclosure of French's admission came in an attempt by Cavicchi to obtain an evidentiary hearing in US District Court. His client, Tameleo claims that he was framed and has been illegally imprisoned.

Greco, also represented by Cavicchi, recently had a similar petition dismissed by Chief US District Judge Andrew A. Caffrey.

Court documents contain an affidavit signed by French stating that Tameleo, Limone and Greco were not involved with him directly or indirectly in the **Deegan** case.

In addition, there is another affidavit in which Dugald F. Cameron of Lynn, a private detective, quotes French as telling him at the time French wrote his statement that it was "a shame" that the others were imprisoned.

French was quoted as saying that he had become "a born-again Christian" in prison and had "made peace with God" and himself.

He allegedly told the detective that he had fired the first shot into **Deegan**'s head and had found the act difficult because **Deegan** had been a longtime friend. There was no reference in French's statement to the other five bullets that struck **Deegan**.

"He stated that he knew who had ordered the hit' but he did not reveal who it was," Cameron said in his affidavit. "He went on to state that the only reason these men were implicated in the murder was because of the lies stated by Joseph Baron during the trial."

Opposing Tameleo's petition, Assistant Atty. Gen. Paula J. DeGiacomo told Magistrate Collings that there was no need for an evidentiary hearing because Tameleo has not exhausted all remedies in the state court. Collings took under advisement the question of whether he should recommend that Judge Joseph L. Tauro hold an evidentiary hearing in Tameleo's case.

connol

Copyright 1983, 2001 Globe Newspaper Company
Record Number: 8303280903

Article Bookmark(OpenURL Compliant):MURDERER ABSOLVES 3 MOBSTERS IN SLAYING (Boston Globe, July 20, 1983)
http://docs.newsbank.com/openurl?ctx_ver=z39.88-2004&rft_id=info:sid/iw.newsbank.com:NewsBank:BGBK
&rft_val_format=info:ofi/fmt:kev:mtx:ctx&rft_dat=0EB979CA83E2C4D7&svc_dat=InfoWeb:aggregated3&req_dat=0FDE2001B5292DD8

NewsBank InfoWeb

# America's Newspapers

Estimated printed pages: 3

Boston Globe

August 28, 1984
Edition: N
Section: RUN OF PAPER
Page: ?????

CONVICTED MURDERER GRECO SEEKS\ HIS FREEDOM, SAYS HE WAS FRAMED
Author: Richard J. Connolly Globe Staff

Article Text:

Pleading for his freedom after 17 years in prison, Louis M. Greco said yesterday he was framed by a malicious government informant who implicated him in a 1965 gangland execution in Chelsea.

Greco, 67, a former resident of Peabody, told the state Parole Board that he was in Florida at the time of the murder, that he has passed eight polygraph tests and has an affidavit from a convict who says Greco was not with him when six bullets killed Edward (Teddy) **Deegan**.

Greco, Wilfred J. French, Peter J. Limone, Henry Tameleo, Joseph **Salvati** and Ronald A. Cassesso are all serving life for **Deegan**'s murder.

The parole board, sitting as the Governor's Advisory Board on Pardons, also was told by Greco's attorney, John Cavicchi, that another affidavit, from attorney F. Lee Bailey, quotes the informant, Joseph (Barboza) Baron, as saying he lied when he testified against Greco and five other organized crime figures at their 1968 jury trial.

Baron was killed in gangland fashion in San Francisco in 1976. It is one of six murders which figure in current racketeering charges against Gennaro J. Angiulo and his six codefendants who are scheduled to go on trial in US District Court in Boston on Sept. 24.

Greco said Baron turned against him because he once warned Baron not to bully young men who congregated at a street corner in Revere where Greco grew up and became a boxer. He said Baron refused to testify in the **Deegan** case unless the prosecution threw Greco's name "in the hat." "He hated me," Greco said of Baron.

Bailey's affidavit in the Greco case was considered by Judge Joseph Ford in Suffolk Superior court in 1978 when Ford denied Greco's plea for a new trial. At the time, Baron was quoted by two federal officials as having said he promised to recant his testimony against Greco and the others only to extract money from The Mob.

Greco's petition for a commutation of his life sentence, so he can be considered for a parole, was vigorously opposed by Suffolk County Dist. Atty. Newman Flanagan who said he has been informed that Greco "was, is, and undoubtedly will continue to be a close associate of organized crime figures."

Flanagan's statement, read by Assistant Dist. Atty. Leonard J. Henson, head of the organized crime unit in Flanagan's office, said Greco shot **Deegan** in the chest after **Deegan** already had been shot by French.

It was French who signed an affidavit saying that Greco, Limone and Tameleo were not involved with him in the murder.

The prosecution used the testimony of Baron, a loanshark enforcer and admitted killer of 26 persons who turned government witness, to show that **Deegan** was murdered in a Chelsea alley because he had been an annoyance to organized crime leaders.

Not only did Greco lay in wait for **Deegan**, Flanagan asserted in his statement, but accepted $1500 for his part in the conspiracy and murder. Later, Greco proposed to pay Baron $50,000 to guarantee Baron's "noncooperation" with the government and also suggested that the underworld kill a man Baron was accused of stabbing so he could not testify against Baron, according to Flanagan.

"That's a lie," Greco said, reacting to the statement read by Henson. "That man is telling a lie. It's not true and I'm not connected with nobody - just me and I'm just trying to get out."

The well-tanned Greco depicted himself as a full-time, seven-day-a-week prison gardener with a green thumb. He had been confined to state correctional institutions in Walpole, Norfolk and Lancaster and now tends to the flowers at the Shirley institution.

Greco said that he had been allowed prison furloughs over the past five years, without any disciplinary reports, and would live in Fitchburg and work in a health food shop in Leominster if he is pardoned although, he said, his heart is in Revere where he said he hopes to die.

"I'm in a wilderness and I'm crying out and no one is listening to me," Greco told the parole board. "This is a frameup."

"I'm sorry about that guy (**Deegan**\* dying. But what about me for 17 years? I'm dead too. No one will listen. You can go to Walpole, you can go to Norfolk and all the inmates know I didn't do it . . . I'm telling you I'm an innocent man. I'm 67 years old and I don't want to die in the can."

Greco was described by Cavicchi as a highly decorated veteran of World War II army service who was wounded in the ankle.

"Anyone I ever shot at was the Japanese in World War II," Greco said.

Board Chairman John J. Curran said it will be several weeks before the board completes its report for Gov. Michael S. Dukakis. If the governor approves commutation and pardon, Greco's case will be sent to the Executive Council for a vote.

Cavicchi said Greco, whose petition was supported by friends and relatives who appeared before the board, is a member of an ethnic group that has been "labeled organized crime." He likened Greco's case to those of the Salem witches and Sacco and Vanzetti.

connol

Copyright 1984, 2001 Globe Newspaper Company
Record Number: 8307220251

Article Bookmark(OpenURL Compliant):CONVICTED MURDERER GRECO SEEKS\ HIS FREEDOM, SAYS HE WAS FRAMED (Boston Globe, August 28, 1984)
http://docs.newsbank.com/openurl?ctx_ver=z39.88-2004&rft_id=info:sid/iw.newsbank.com:NewsBank:BGBK&rft_val_format=info:ofi/fmt:kev:mtx:ctx&rft_dat=0EB976AF5F631089&svc_dat=InfoWeb:aggregated3&req_dat=0FDE2001B5292DD8

NewsBank InfoWeb

# America's Newspapers

Estimated printed pages: 3

Boston Globe

June 18, 1993
Edition: THIRD
Section: METRO
Page: 21

N. END WANTS ITS SON OUT OF JAIL
SCHOOL TO HONOR ITS FIRST EMTS
DORCHESTER GIRL HITS THE BIG TIME
Author: Kevin Cullen, Globe Staff

Article Text:

Joe **Salvati** has better name recognition in the North End these days than St. Jude. And that's saying something.

St. Jude's feast is next week, but Joe's name, not to mention his cause, is posted in just about every storefront on Hanover Street. And with good reason. In the North End, Joe **Salvati** is a political prisoner.

Back in 1965, a smalltime hood named Teddy **Deegan** was shot to death in a Chelsea alley. If you believe the government's informant, Joe Barboza, it took half of Prince Street to whack out Teddy **Deegan**. By the time Barboza finished singing, they had locked up a half-dozen guys, Joe **Salvati** included.

It's not like the guys who got lugged were daily communicants at St. Leonard's, but the case always stunk to high heaven. F. Lee Bailey, who once represented Barboza, says Barboza admitted he framed some of the guys. The admitted shooter, Roy French, says half the guys who Barboza said were there weren't.

French's credibility, alas, is zilch. And, in 1976, Joe Barboza died of job-related lead poisoning in San Francisco. That is, he got shot. Many, many times.

And so Joe **Salvati** and the others have sat in prison for a quarter century. Recently, Joe's lawyers said they found a suppressed police report that points to his innocence. Joe's family has mounted a most public campaign in the most private of neighborhoods.

There are really two North Ends. The old North End is squarely behind Joe. And if you live in the North End and don't know who Joe **Salvati** is, then you're a yuppie.

Yuppies don't get haircuts at Mario's Barber Shop at the corner of Cooper and Endicott streets. Mario's hasn't changed much since the day Joe **Salvati** got lugged. You can still get a men's regular. Classical music wafts from a clock radio. And there's a "Free Joseph **Salvati**" sign in the window and a petition on the wall.

As he cut the hair of a customer with whom he was conversing in Italian, Mario Vincente said he knows little about the legal intricacies of the case. But he knows the **Salvati** family, and, like the other merchants who have put signs in their windows, that's good enough for him.

"They are a beautiful family," Mario says.

And if Joe **Salvati** ever gets out, the feast will be bigger than St. Jude's.

The other day, three hours after school let out at Dorchester High, a half-dozen teen-agers were practicing splints in a sweltering third-floor classroom.

Since October, six kids have stuck it out, two afternoons each week, and tomorrow they will take a test to be certified as emergency medical technicians.

Rich Serino, a deputy superintendent of the city's Emergency Medical Services who grew up just around the corner, marveled at what took place in a nondescript classroom at Dot High.

"A few years ago, some of us started going into the schools to do violence prevention. Then the kids asked us to do a CPR class. After that, they said, 'Why can't we take an EMT class?' "

Boston is blessed with a group of EMTs and paramedics who do more than punch a clock. Some give back to the neighborhoods where they are often the difference between life and death.

The kids who took the class at Dot High are a mirror of the city. They are all colors. Some speak Spanish. And if they are lucky enough to get a job on a city ambulance, they will make an already good emergency service even better.

But this first class could be the last class. In the city's infinite wisdom, while money can be found for all sorts of programs that don't work, there is no money for one that does.

As long as anyone can remember, Ronisha Hill has been doodling. Give her a pen and a piece of paper and she's happy.

Some had accused her of being idle, but Ronisha always knew that doodling is another word for practicing. And, at 13, Ronisha's up in lights.

Ronisha graduates from Thompson Middle School today, and when she goes home to her house in Dorchester she will pass a billboard with her artwork, and the words "Get Hooked on Books," gracing Blue Hill Avenue. There's another one in Cleary Square, part of a program put together by the Boston Public Library and Ackerley Communications to get kids to read.

Ronisha, meanwhile, is off to Southie High and, she hopes, a career in fashion drawing.

Memo:
CITY SCENES / KEVIN CULLEN

Copyright 1993, 1998 Globe Newspaper Company
Record Number: 00170105

Article Bookmark(OpenURL Compliant):N. END WANTS ITS SON OUT OF JAIL SCHOOL TO HONOR ITS FIRST EMTS DORCHESTER GIRL HITS THE BIG TIME (Boston Globe, June 18, 1993)
http://docs.newsbank.com/openurl?ctx_ver=z39.88-2004&rft_id=info:sid/iw.newsbank.com:NewsBank:BGBK
&rft_val_format=info:ofi/fmt:kev:mtx:ctx&rft_dat=0EADE067B3486C1D&svc_dat=InfoWeb:aggregated3&req_dat=0FDE2001B5292DD8