# TAB 4

NewsBank InfoWeb

# America's Newspapers

Estimated printed pages: 3

Boston Globe

August 28, 1984
Edition: N
Section: RUN OF PAPER
Page: ?????

CONVICTED MURDERER GRECO SEEKS\ HIS FREEDOM, SAYS HE WAS FRAMED
Author: Richard J. Connolly Globe Staff

Article Text:

Pleading for his freedom after 17 years in prison, Louis M. Greco said yesterday he was framed by a malicious government informant who implicated him in a 1965 gangland execution in Chelsea.

Greco, 67, a former resident of Peabody, told the state Parole Board that he was in Florida at the time of the murder, that he has passed eight polygraph tests and has an affidavit from a convict who says Greco was not with him when six bullets killed Edward (Teddy) **Deegan**.

Greco, Wilfred J. French, Peter J. Limone, Henry Tameleo, Joseph **Salvati** and Ronald A. Cassesso are all serving life for **Deegan**'s murder.

The parole board, sitting as the Governor's Advisory Board on Pardons, also was told by Greco's attorney, John Cavicchi, that another affidavit, from attorney F. Lee Bailey, quotes the informant, Joseph (Barboza) Baron, as saying he lied when he testified against Greco and five other organized crime figures at their 1968 jury trial.

Baron was killed in gangland fashion in San Francisco in 1976. It is one of six murders which figure in current racketeering charges against Gennaro J. Angiulo and his six codefendants who are scheduled to go on trial in US District Court in Boston on Sept. 24.

Greco said Baron turned against him because he once warned Baron not to bully young men who congregated at a street corner in Revere where Greco grew up and became a boxer. He said Baron refused to testify in the **Deegan** case unless the prosecution threw Greco's name "in the hat." "He hated me," Greco said of Baron.

Bailey's affidavit in the Greco case was considered by Judge Joseph Ford in Suffolk Superior court in 1978 when Ford denied Greco's plea for a new trial. At the time, Baron was quoted by two federal officials as having said he promised to recant his testimony against Greco and the others only to extract money from The Mob.

Greco's petition for a commutation of his life sentence, so he can be considered for a parole, was vigorously opposed by Suffolk County Dist. Atty. Newman Flanagan who said he has been informed that Greco "was, is, and undoubtedly will continue to be a close associate of organized crime figures."

Flanagan's statement, read by Assistant Dist. Atty. Leonard J. Henson, head of the organized crime unit in Flanagan's office, said Greco shot **Deegan** in the chest after **Deegan** already had been shot by French.

It was French who signed an affidavit saying that Greco, Limone and Tameleo were not involved with him in the murder.

The prosecution used the testimony of Baron, a loanshark enforcer and admitted killer of 26 persons who turned government witness, to show that **Deegan** was murdered in a Chelsea alley because he had been an annoyance to organized crime leaders.

Not only did Greco lay in wait for **Deegan**, Flanagan asserted in his statement, but accepted $1500 for his part in the conspiracy and murder. Later, Greco proposed to pay Baron $50,000 to guarantee Baron's "noncooperation" with the government and also suggested that the underworld kill a man Baron was accused of stabbing so he could not testify against Baron, according to Flanagan.

"That's a lie," Greco said, reacting to the statement read by Henson. "That man is telling a lie. It's not true and I'm not connected with nobody - just me and I'm just trying to get out."

The well-tanned Greco depicted himself as a full-time, seven-day-a-week prison gardener with a green thumb. He had been confined to state correctional institutions in Walpole, Norfolk and Lancaster and now tends to the flowers at the Shirley institution.

Greco said that he had been allowed prison furloughs over the past five years, without any disciplinary reports, and would live in Fitchburg and work in a health food shop in Leominster if he is pardoned although, he said, his heart is in Revere where he said he hopes to die.

"I'm in a wilderness and I'm crying out and no one is listening to me," Greco told the parole board. "This is a frameup."

"I'm sorry about that guy (**Deegan**\* dying. But what about me for 17 years? I'm dead too. No one will listen. You can go to Walpole, you can go to Norfolk and all the inmates know I didn't do it . . . I'm telling you I'm an innocent man. I'm 67 years old and I don't want to die in the can."

Greco was described by Cavicchi as a highly decorated veteran of World War II army service who was wounded in the ankle.

"Anyone I ever shot at was the Japanese in World War II," Greco said.

Board Chairman John J. Curran said it will be several weeks before the board completes its report for Gov. Michael S. Dukakis. If the governor approves commutation and pardon, Greco's case will be sent to the Executive Council for a vote.

Cavicchi said Greco, whose petition was supported by friends and relatives who appeared before the board, is a member of an ethnic group that has been "labeled organized crime." He likened Greco's case to those of the Salem witches and Sacco and Vanzetti.

connol

Copyright 1984, 2001 Globe Newspaper Company
Record Number: 8307220251

Article Bookmark(OpenURL Compliant):CONVICTED MURDERER GRECO SEEKS\ HIS FREEDOM, SAYS HE WAS FRAMED (Boston Globe, August 28, 1984)
http://docs.newsbank.com/openurl?ctx_ver=z39.88-2004&rft_id=info:sid/iw.newsbank.com:NewsBank:BGBK
&rft_val_format=info:ofi/fmt:kev:mtx:ctx&rft_dat=0EB976AF5F631089&svc_dat=InfoWeb:aggregated3&req_dat=0FDE2001B5292DD8

NewsBank InfoWeb

# America's Newspapers

Estimated printed pages: 4


Boston Herald

August 5, 1997
Edition: ALL
Section: News
Page: 4


Did FBI get help `flipping' Mob killer Barboza?
Author: RALPH RANALLI

Article Text:

Part two of a two-part series

Former FBI Agent H. Paul Rico flipped Mob "rat" Joseph "The Animal" Barboza, one of Massachusetts' most prolific killers and most legendary Mafia turncoats, in 1967, but did he rely on more than just his legendary charm?

Intriguing questions have been raised by recent revelations at hearings and in court papers in the swirling controversy about the FBI's decades-long relationship with wiseguys Stephen "The Rifleman" Flemmi and James "Whitey" Bulger.

One of the most burning questions - suggested by the FBI's acknowledgement its recruitment of Flemmi predates its relationship with Barboza - is this: Did Flemmi aid Rico in wooing the Bay State's most prolific killer as a snitch?

That question may be answered at pre-trial hearings scheduled later this month when Rico and other FBI agents and former federal prosecutors will be called as witnesses. U.S. District Court Judge Mark L. Wolf ordered the hearings, as part of the racketeering case against New England Mob boss Francis P. "Cadillac Frank" Salemme, to find whether any laws or policies were violated in the FBI's use of informants and wiretaps.

The Herald reported yesterday that Rico and partner Dennis Condon were the architects of the FBI's controversial relationships with Flemmi, 63, and Bulger, 67. The question of whether Flemmi recruited Bulger has actually been prompted by the confluence of several facts.

First came the revelation that Flemmi began providing information to Rico and Condon as early as 1964 - three years before Barboza flipped. Second, it was revealed in open court this summer that Bulger and Flemmi helped the FBI recruit a "made" Mob soldier, Angelo "Sonny" Mercurio, as an informant. Mercurio helped the FBI accomplish its landmark bugging of a 1989 Mafia induction ceremony in

Medford.

Interested observers have put those revelations together with the fact that Flemmi's older brother, Vincent J. "Jimmy the Bear" Flemmi was Barboza's closest friend, to raise the question.

"It's definitely something we'd like to find out," one longtime courthouse observer said.

Before Bulger and Flemmi were unmasked, Barboza - who admitted killing at least 26 people - was the FBI's most controversial and celebrated underworld turncoat.

Though Barboza was murdered in 1976, the FBI is still facing questions about its relationship with "The Animal." For example, North End native Joseph **Salvati** - who for 30 years claimed that he was convicted on false testimony from the New Bedford hit man-turned-FBI informant - had his life sentence commuted in February by former Gov. William F. Weld.

Flemmi and Barboza had two important men in common: FBI Special Agent Rico and Flemmi's older brother. Barboza, in his self-titled autobiography, called "Jimmy the Bear" Flemmi his closest friend. Law enforcement and underworld sources also list the elder Flemmi as a driver and gunman for the notorious killer from New Bedford.

Court documents also suggest that Barboza's testimony in the **Salvati** case may have benefited the Flemmi brothers, and that when he later tried to recant, he was "coerced" into sticking to the story by his federal handlers.

The story of Barboza's alleged attempt to recant is contained in a sworn affidavit filed by prominent attorney F. Lee Bailey of Boston. The affidavit, sworn out four years after Barboza's death in 1976, states that Bailey was contacted in July 1970 and told that Barboza wanted to "set the record straight as to certain perjured testimony he had given in State and Federal courts."

Barboza said it was actually himself and three associates - Roy French, Ronald Cassesso and another man (who was not identified by Bailey) - who killed Edward "Teddy" **Deegan** in 1965 during the Irish gang war. Sources familiar with the case believe the unidentified man was "Jimmy The Bear" Flemmi.

Barboza wanted to recant his testimony in the **Deegan** murder, in which he had implicated six men: **Salvati**, French, Cassesso, Henry Tameleo, Peter Limone and Louis Greco.

The affidavit states that Barboza admitted he falsely implicated Mobsters Tameleo and Limone because the federal authorities insisted he implicate "someone of importance."

Bailey also said Barboza was leery about the severe legal consequences of recanting and feared going back to prison.

"Because he had become a government witness he would not expect to live more that a day if he were committed to the general population at Walpole, as he feared," Bailey wrote. Barboza's fear of being sent to Walpole was soon realized less than a month later, when his parole was revoked after a gun possession arrest in New Bedford.

"Subsequently, he told me that he had been informed by persons in authority, whom he did not name, that Federal agents would arrange for his release provided he discharge me and terminated his efforts to recant his testimony," Bailey wrote.

Bailey said yesterday that he still firmly believes that Barboza was telling the truth when he tried to recant - and that federal authorities "coerced" him into changing his mind. "I am satisfied of that beyond a doubt," Bailey said.

If federal authorities promised to stick by Barboza, Rico and Condon made good on it. They came to Barboza's rescue months later when he was he was charged with the first-degree murder of an associate in Santa Rosa, Calif.

Barboza claimed self-defense, even though the associate, Clayton Wilson, was shot twice in the head from behind.

Rico and Condon flew West to California to testify on Barboza's behalf. Barboza pleaded guilty to second-degree murder, but after Rico and Condon's intercession, received a sentence of 5 years to life. He served 4 years.

Photo Caption: AS THE MOB TURNS: Questions remain whether, in their efforts to recruit Mobster Joseph `The Animal' Barboza, left, the FBI was helped by wiseguy Stephen `The Rifleman' Flemmi, a prized informant. Flemmi may have used Barboza's friendship with Flemmi's older brother, Vincent J. `Jimmy the Bear' Flemmi, right, to help `flip' Barboza. Herald file photos

Caption:
AS THE MOB TURNS: Questions remain whether, in their efforts to recruit Mobster Joseph `The Animal' Barboza, left, the FBI was helped by wiseguy Stephen `The Rifleman' Flemmi, a prized informant. Flemmi may have used Barboza's friendship with Flemmi's older brother, Vincent J. `Jimmy the Bear' Flemmi, right, to help `flip' Barboza. Herald file photos

Copyright 1997 Boston Herald
Record Number: BNH08050074

Article Bookmark(OpenURL Compliant): Did FBI get help `flipping' Mob killer Barboza? (Boston Herald, August 5, 1997)
http://docs.newsbank.com/openurl?ctx_ver=z39.88-2004&rft_id=info:sid/iw.newsbank.com:NewsBank:BNHB
&rft_val_format=info:ofi/fmt:kev:mtx:ctx&rft_dat=0EB41DE0C57A818D&svc_dat=InfoWeb:aggregated3&req_dat=0FDE2001B5292DD8

NewsBank InfoWeb

# America's Newspapers

Estimated printed pages: 4

Boston Herald

February 23, 1997
Edition: 1
Section: TV Magazine

TV PLUS
Stand by your man
Dan Rea's four-year pursuit of one story raises ethical questions -- but would Joe Salvati be a free man if he hadn't?
Author: Daniel M. Kimmel

Article Text:

Should a TV-movie be made about the 30-year battle to free Joseph **Salvati** from prison, the two leading roles will be that of **Salvati** and of the lawyer who has worked for more than two decades on the case, Victor J. Garo. The key supporting role in the story belongs to Dan Rea, the WBZ (Ch. 4) reporter who some say turned the story into a crusade, and who continued until the state finally commuted **Salvati**'s sentence earlier this month.

"I didn't start out with the intention of putting a spotlight on an injustice," recalled Rea, "I was simply raising questions."

The short version of what happened is this: On the night of March 12, 1965, Edward **Deegan** was murdered in a Chelsea alleyway in a gangland hit among mobsters. Two years later, **Salvati** was arrested for being a party to the crime. Convicted murderer Joseph "The Animal" Barboza testified that **Salvati** was in one of the cars used in the murder. Based solely on Barboza's claims, **Salvati** was convicted.

"If there were any other testimony, I probably wouldn't have touched the case," said Rea.

Why Barboza would finger an innocent man remains a mystery, but theories range from Barboza's wanting to protect a guilty friend to his getting even with **Salvati** for an unpaid $400 loan. However, because Barboza was a key witness in several organized crime trials -- he subsequently entered the witness protection program before being slain in 1976 -- the government was loathe to have his testimony discredited in the **Salvati** case.

Rea's involvement came relatively late. It was in January 1993, when Governor William Weld denied a commutation of **Salvati**'s sentence that attorney Garo reached out for help.

"At that point, I knew I had to get support from the media and the press," said Garo, who asked Ronald

Cass, dean of Boston University's School of Law, if he had any contacts. Cass contacted Rea who, like Garo, is a BU Law alumnus.

"I had not really known Dan before that," recalled Cass, who hoped merely to get a hearing for Garo. Rea agreed to the meeting, but told Cass that "usually these things don't pan out." He became even more wary when Garo began by talking about "the most unbelievable miscarriage of justice in the history of the Commonwealth."

Said Rea, "I looked for the door, but Dean Cass was sitting there."

Rea began studying the record of the case, sitting amidst piles of paper while on a beach vacation with his family. "As the answers came back, I became more and more interested," he said.

Over the next four years, Rea would report more than two dozen times on the **Salvati** case. Critics and some colleagues charged that Rea crossed the line from reporter to advocate. A 1994 Boston Globe story on Rea's involvement was headlined, "Dan Rea's Mission Impossible."

Rea's not only put a spotlight on a case that wasn't getting any attention, he helped generate new evidence proving **Salvati**'s innocence.

Garo had come across a photocopy of a 1965 police report in which an eyewitness to the murder listed the people there. **Salvati**'s name was not mentioned, although another Barboza associate was. Using his contacts in the Chelsea Police Department, Rea unearthed the original document. Neither the prosecution nor the defense at **Salvati**'s trial had ever seen it.

Rea's reports also got several new witnesses to come forward. Some had already spoken to Garo but hesitated to go public, while at least another might not have surfaced at all.

A story based on Rea's reports appeared on the "CBS Evening News" and was seen in Arizona by Dee Wilson, the widow of one of Barbosa's victims. She is an eyewitness not only to that murder but to Barbosa's threats, which included bragging about how he had falsely set up **Salvati**'s conviction. After the newscast, Wilson started frantically calling Boston trying to reach Rea and Garo, to get her story heard.

*x*x*x*x*

Although **Salvati**'s sentence is finally commuted, many issues remain unresolved. For journalists, one such issue is whether Rea was right to become **Salvati**'s advocate on the air. Rea was even called as a witness at the commutation hearing while he was covering it, which he admitted put him in an "awkward position."

Bill Aber, WBZ's general manager and a former news director himself, was blunt, "Advocacy journalism in my mind -- as a general rule -- is wrong."

However, there is a tradition of the crusading journalist uncovering a terrible wrong, and Aber has no doubt that "what Dan did is in the traditional form." Still, he added, "There are not many stories like this."

Peter Brown, the station's current news director, notes that Rea worked the story hard, even during long stretches where nothing aired. "Danny's a pit bull when he sinks his teeth into something," said Brown

admiringly, "He doesn't let go."

Rea admits that he was taking a risk crossing the line, and it meant that the already methodical reporter had to be extra careful.

"There were several witnesses who came forward who were false witnesses who never went on television," said Rea, "All I needed to do was put on one bad witness and I was off the story, and **Salvati** was in jail for the rest of his life."

Manny Paraschos, professor of journalism at Emerson College and co-publisher of "Media Ethics," a bi-annual journal, agreed, "Taking sides is always a very delicate issue in journalism. We try to stay away from that."

Paraschos said that Rea seems to have acted responsibly, but he warns, "If this becomes a standard practice, someone less experienced will surely screw things up."

Perhaps the final judgement in this instance should go to **Salvati**'s legal representative, who after 21 years and more than 15,000 free hours of legal work, was asked to sum up Rea's contribution.

According to Garo, "If Dan Rea had not become involved and become our voice, Joe **Salvati** would have died in prison."

No doubt helping to get an innocent man out of prison -- through stories that have never been successfully challenged for their accuracy -- means far more to Rea than those critics who wonder if, perhaps, he went too far.

Copyright 1997, 2004 Boston Herald
Record Number: 100AE8B717CC6901

Article Bookmark(OpenURL Compliant):TV PLUSStand by your manDan Rea's four-year pursuit of one story raises ethical questions -- but would Joe Salvati be a free man if he hadn't? (Boston Herald, February 23, 1997)
http://docs.newsbank.com/openurl?ctx_ver=z39.88-2004&rft_id=info:sid/iw.newsbank.com:NewsBank:BNHB
&rft_val_format=info:ofi/fmt:kev:mtx:ctx&rft_dat=100AE8B718400017&svc_dat=InfoWeb:aggregated3&req_dat=0FDE2001B5292DD8

**NewsBank InfoWeb**

# America's Newspapers

Estimated printed pages: 1

Boston Globe

October 16, 1993
Edition: FIRST
Section: METRO
Page: 15

Index Terms:
NAME-SALVATI
MURDER
TRIAL

REQUEST FOR RETRIAL OPPOSED DA SAYS NO NEW EVIDENCE FOUND IN '65 SLAYING
Author: Patricia Nealon, Globe Staff

Article Text:

Suffolk District Attorney Ralph C. Martin 2d said yesterday that he "regretfully" must oppose a request for a new trial sought by a North End man convicted 25 years ago of a gangland slaying because a newly discovered police report was available during the trial. Lawyers for Joseph L. **Salvati**, 60, convicted along with five other men in the 1965 slaying of Edward (Teddy) **Deegan** in a Chelsea alley, had asked Martin to join in their motion for a new trial. They claim the convictions were based on the uncorroborated testimony of Joseph Baron Barboza, a hit man turned government witness who took part in the murder.

The attorneys contend they were denied a Chelsea police report in which an informant names eight men he saw leaving a Revere bar discussing the murder. **Salvati** -- who owed Barboza $400 -- was not among them, but Vincent Flemmi, a close associate of Barboza who was never charged in the case, was.

But in a two-page statement released late yesterday, Martin said the report was in the district attorney's files during the trial and evidence suggests that it was referred to in testimony several times during the trial.

Martin launced an investigation into **Salvati**'s conviction in May.

Martin said **Salvati**'s lawyers had failed to prove that favorable evidence was withheld during the trial or that new information had come to light.

Copyright 1993, 1998 Globe Newspaper Company
Record Number: 00290147

Article Bookmark(OpenURL Compliant):REQUEST FOR RETRIAL OPPOSED DA SAYS NO NEW EVIDENCE FOUND IN '65 SLAYING (Boston Globe,

October 16, 1993)
http://docs.newsbank.com/openurl?ctx_ver=z39.88-2004&rft_id=info:sid/iw.newsbank.com:NewsBank:BGBK
&rft_val_format=info:ofi/fmt:kev:mtx:ctx&rft_dat=0EADE08E61BE666D&svc_dat=InfoWeb:aggregated3&req_dat=0FDE2001B5292DD8

NewsBank InfoWeb

# America's Newspapers

Estimated printed pages: 3

Boston Globe

January 10, 1998
Edition: Third
Section: Metro
Page: B1

Index Terms:
NAME-FLEMMI
TRIAL
NAME-FBI
NAME-RICO
NAME-BULGER NAME-SALEMME

EX-AGENT RETRACES GANG WAR TELLS HOW FBI CULTIVATED MOB PAIR IN VIOLENT
'60S
Author: Shelley Murphy and Patricia Nealon, Globe Staff

Article Text:

Rival gangsters were shooting it out on the streets of Boston in the 1960s when Stephen "The Rifleman"
Flemmi became an FBI informant on local underworld figures.

In a 1965 dispatch to FBI director J. Edgar Hoover, Special Agent H. Paul Rico reported that Flemmi
"appears to be emotionally stable, and if he survives the gang war, he would be a very influential
individual in the Boston criminal element

Over the next three decades, Flemmi and his partner, fugitive South Boston crime boss James J.
"Whitey" Bulger, were among the most powerful organized crime leaders in Boston while serving as the
FBI's most prized informants.

And yesterday, an aging Rico was called to the stand on the fourth day of laborious pretrial hearings
exploring Flemmi's contention that he was promised immunity from prosecution in exchange for his
long career as an FBI informant.

Defense lawyers have asked US District Judge Mark L. Wolf to toss out a 1995 racketeering indictment
against Flemmi, Bulger, reputed New England Mafia boss Francis "Cadillac Frank" Salemme, and
alleged underlings Robert DeLuca and John Martorano.

Seated in the jury box with his codefendants, Flemmi waved to Rico, and the former agent smiled back
as he took the stand.

Describing how he developed Flemmi as an informant, Rico reminisced about the Boston gang wars of the 1960s that claimed some 60 lives, the result of hostility between two main factions: the Winter Hill gang of Somerville and the McLaughlin gang in Charlestown. Bulger and Flemmi were members of the Winter Hill gang during that time and assumed leadership of the gang by 1980.

"Several different factions in the city appeared to be angry at each other, and there was a lot of shooting and bodies around," Rico said.

Flemmi believed he was targeted for death by a rival gang, and began providing information to the FBI about the leaders of some of the gangs, including Joseph "The Animal" Barboza (also known as Joseph Baron), a hitman from Swampscott who later admitted killing 26 people.

The FBI used information provided by Flemmi to pressure Barboza to cooperate against its ultimate target: La Cosa Nostra, more commonly known as the Mafia.

Barboza's testimony led to the 1968 conviction of New England Mafia boss Raymond Patriarca for plotting to kill a Providence man.

Barboza also admitted his role in the March 12, 1965, slaying of Edward "Teddy" **Deegan** in a Chelsea alley, and testified against five men he claimed were his accomplices, all of whom were sentenced to life in prison.

One of the alleged accomplices was Joseph **Salvati**, who served 29 years in prison for **Deegan**'s murder despite claims that Barboza had falsely implicated him. The Governor's Council commuted his sentence and freed him last year.

During questioning by Flemmi's lawyer, Kenneth Fishman, Rico agreed that Patriarca tried to enlist Flemmi's brother to discredit Barboza as a government witness.

In 1967, according to Rico, Flemmi told him that Boston lawyer Joseph Balliro, who was representing Patriarca, had visited his brother, Vincent "Jimmy the Bear" Flemmi, in prison. Balliro urged Jimmy Flemmi to testify against Barboza to destroy his credibility.

Rico did not reveal what Patriarca wanted Jimmy Flemmi to say on the witness stand, but he said Stephen Flemmi "was upset about" the effort to involve his brother.

**Salvati** always claimed Barboza had framed him in the **Deegan** murder, that Barboza's real accomplice had been Jimmy Flemmi.

**Salvati**'s commutation followed a series of reports by WBZ-TV.

Balliro could not be reached for comment yesterday. But during an interview with WBZ reporter Dan Rea several years ago, Balliro said he was "100 percent convinced that Joseph **Salvati** was innocent."

Balliro, who once represented Jimmy Flemmi and Barboza, said he couldn't reveal how he knew **Salvati** was innocent, citing attorney-client privilege.

Barboza was murdered by the mob in San Francisco in 1976.

Barboza was not the only underworld figure that Steve Flemmi provided information against. Rico

testified that Flemmi met "on occasion" with Patriarca and his underboss Gennaro "Jerry" Angiulo, then relayed their conversations to the FBI.

When asked if he was aware of Flemmi's own involvement in crime, Rico said, "It had been alleged there were times when Stevie Flemmi was involved in some criminal activity."

Rico will retake the stand when the hearings continue Tuesday.

Flemmi and Salemme are charged in the racketeering indictment with murdering four men during the 1960s.

Judge Wolf must decide if an actual contract existed between Flemmi and the FBI that guaranteed that he would not be prosecuted for any crimes he committed in exchange for information he provided them as an informant

Copyright 1998 Globe Newspaper Company
Record Number: 9801120076

Article Bookmark(OpenURL Compliant):EX-AGENT RETRACES GANG WAR TELLS HOW FBI CULTIVATED MOB PAIR IN VIOLENT '60S (Boston Globe, January 10, 1998)
http://docs.newsbank.com/openurl?ctx_ver=z39.88-2004&rft_id=info:sid/iw.newsbank.com:NewsBank:BGBK
&rft_val_format=info:ofi/fmt:kev:mtx:ctx&rft_dat=0EADDCF581635A86&svc_dat=InfoWeb:aggregated3&req_dat=0FDE2001B5292DD8