# TAB 5
# pages 38 to 57



Westlaw.                                                                    factiva.
                                                                          Dow Jones & Reuters

1/30/01 STLTI A9                                                          Page 1


1/30/01 Seattle Times A9
2001 WL 3498648

The Seattle Times
Copyright 2001

**Tuesday, January 30, 2001**

News

### FBI let 'fall guy' serve 33-year term

Elizabeth Mehren
Los Angeles Times

MEDFORD, Mass.--For 33 years in prison, Peter Limone knew he'd been set up. He
knew the **FBI** had used him, a low-level mobster, as a handy fall guy in the murder
of a small-time thug.

Now, it turns out, the government knew, too.

Documents that surfaced just weeks ago from **FBI** files disclose that in the heat
of a crackdown on organized crime, an **FBI** snitch framed Limone, Joseph Salvati and
two others for the murder of Edward "Teddy" Deegan. The evidence that exonerates
the men languished for decades, only to be uncovered by a task force probing **FBI**
corruption.

"They knew these people were innocent," said Limone's attorney, John Cavicchi.
"They knew from Day 1."

Limone was sentenced to die in the electric chair. His life was spared when
Massachusetts outlawed the death penalty in 1974.

When his sentence was vacated Jan. 5, , Limone looked so shocked that his wife
thought he was having a stroke.

Limone's freedom is expected to be made official today, when prosecutors likely
will decline retrying the 66-year-old former Boston lounge owner and bookie.
Salvati, 68, also is expected to earn a pass from further prosecution.

Not good enough, said Salvati's lawyer, Victor Garo: "The government stole my
client's life."

Representatives for both the U.S. attorney and the district attorney here
declined to discuss the case before today's hearing.

The story begins with **Deegan's murder** on March 12, 1965.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

1/30/01 STLTI A9                                                        Page 2

   An informant gave the Boston FBI office the  names of those responsible.
However, a memo written at the time never mentioned Salvati, Limone or
co-defendants Henry Tameleo and Louis Greco.

   Yet two years later, all four were indicted and convicted--along with Ronald
Cassesso and Wilfred Roy French, who apparently did take part in the killing.

   Cassesso, Tameleo and Greco died in prison; only French remains incarcerated.

   The FBI report suggests that informant Vincent "The Bear" Flemmi planned the
Deegan slaying, then, along with another informant, Joseph "The Animal" Barboza,
fingered Limone. The report says Limone owed Barboza $500 and once threw Flemmi
out of his West End Veterans Club.

   At the time of the murder, Salvati was working odd jobs in Boston's heavily
Italian North End. His police record began and ended with a breaking-and-entering
charge in 1954.

   Cavicchi characterized Limone as "a low-level Mafioso" who owned a card parlor
and ran the numbers racket. "I'm not going to glorify (Limone and Salvati),"
Cavicchi said. "But they weren't killers."

   Flemmi died of a drug overdose in prison in 1979. Barboza was killed in a mob
hit in '76.

   At home in this working-class city north of Boston, Limone and his wife,
Olympia, talked about their ordeal.

   "You know what the saddest moments are?" Limone asked. "My kids' birthdays. My
kids' hockey games. My kids are making their First Holy Communions, and I'm not
there. Three weddings, eight grandchildren."

   Olympia Limone shook her head, calling the whole experience "a nightmare."


                        ---- INDEX REFERENCES ----


NAMED PERSON:      LIMONE, PETER; SALVATI, JOSEPH; CAVICCHI, JOHN


NEWS SUBJECT:      English language content; Crime and Courts; Political and
General News; Crime (ENGL GCRIM GCAT CRM)


STORY ORIGIN:      MEDFORD, MASS.


Language:  EN
SOURCE REGION:     NME PRM US USW WA


EDITION:           FOURTH

                 Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

1/30/01 STLTI A9                                              Page 3

Word Count: 485

1/30/01 STLTI A9

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

factiva.
Dow Jones & Reuters

1/30/01 LATIMES A1                                                      Page 1


1/30/01 L.A. Times A1
2001 WL 2456990


Los Angeles Times
Copyright 2001 / The Times Mirror Company

**Tuesday, January 30, 2001**

National Desk

Freedom for the Fall Guys After Decades Behind Bars Justice: Four Boston hoods
were framed for 1965 mob murder, a new **FBI** corruption probe suggests.

ELIZABETH MEHREN
TIMES STAFF WRITER

MEDFORD, Mass. -- For 33 years in prison, Peter Limone knew he'd been set up.
He knew J. Edgar Hoover and the **FBI** had used him, a low-level mobster, as a handy
fall guy in the murder of a small-time thug.

Now, it turns out, the government knew that too.

Documents from **FBI** files show that in the heat of a crackdown on organized
crime, the agency hired snitches who had framed Limone, Joseph Salvati and two
others for the murder of Edward "Teddy" Deegan. The evidence that exonerates the
men languished for decades, only to be uncovered by a task force probing **FBI**
corruption.

"They knew these people were innocent," said Limone's lawyer, John Cavicchi.
"They knew from day one."

For a murder he didn't commit, Limone was sentenced to die in the electric
chair. His life was spared only when Massachusetts outlawed the death penalty in
1974. Court after court rejected his appeals for a new trial. And when his
sentence was vacated Jan. 5 by a Superior Court judge here, Limone looked so
shocked that his wife thought he was having a stroke.

Limone's freedom is expected to be made official today, when prosecutors likely
will refuse to retry the 66-year-old former Boston lounge owner and bookie. That
same day, the 68-year-old Salvati also is expected to earn a pass from further
prosecution.

Not good enough, said Salvati's lawyer, Victor Garo: "The government stole my
client's life."

With characters named Joseph "The Animal" Barboza and Vincent "The Bear" Flemmi,
the case recalls an era of class and ethnic turf wars in Boston.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

The Italians controlled the underworld, or so the legend goes. The Irish owned the courts. In the sphere of criminal justice, Hoover ran the world.

Those involved in this case say the defendants were victims of ineptitude in the courts and corruption in the Boston office of the FBI. Lawyers for Limone and Salvati lay the blame squarely on the shoulders of the late FBI director--a fearsome foe of organized crime.

"It is my opinion," Garo said, "that J. Edgar Hoover and the government of this commonwealth conspired to murder Joe Salvati by letting him rot in prison."

Armed with the new documentation, others who normally praise this country's justice system are voicing similar views.

"It looks like . . . the law enforcement authorities felt they had a license to do whatever they thought was necessary to put away people they thought were bad, even if that meant cutting deals with people who were probably much worse," said Ronald Kass, dean of Boston University's Law School.

"Do I believe the FBI agents said: 'Let's get a thrill by putting away people who are innocent?' No," Kass said. "On the other hand, do I believe they had very strong evidence to believe the people they were prosecuting didn't do what they were prosecuting them for? Absolutely."

Representatives of both the U.S. attorney and the district attorney here declined to discuss the case before today's hearing.

And Garo--who over 24 years put in more than 20,000 unpaid hours on Salvati's behalf--has barred his client from speaking out pending the court action.

But in his first in-depth interview since his conviction was thrown out, Limone minced no words:

Did the FBI set him up?

"Absolutely," Limone said.

    *

The story begins with Deegan's murder the night of March 12, 1965. Crime-scene photos of the alley in Chelsea, across the Mystic River from Boston, show the victim splayed in a pool of blood, like something from "The Godfather."

An unidentified informant--recruited under the program ordered by Hoover-- quickly gave the Boston FBI office the names of those responsible. A memo fired off to the FBI chief never mentioned Salvati, Limone or co-defendants Henry Tameleo and Louis Greco.

But two years later, all four were indicted and convicted--along with Ronald Cassesso and Wilfred Roy French, who apparently did take part in the killing.

Cassesso, Tameleo and Greco died in prison; only French remains incarcerated.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

The government task force investigating corruption in the Boston **FBI** office found the papers that appear to exonerate Limone, Salvati, Tameleo and Greco. "They are extraordinary documents," said Jim Borghesani, a spokesman for Dist. Atty. Ralph C. Martin II.

The **FBI** report released just weeks ago suggests that Flemmi planned the Deegan slaying. Flemmi's best friend was mob hit man Barboza, whom the papers show took part in the murder.

Lawyers for Limone and Salvati contend their clients were set up simply to settle old scores.

At the time of the murder, Salvati was working odd jobs in Boston's heavily Italian North End. His police record began and ended with a breaking-and-entering charge in 1954. But he owed $400 to Barboza--the first person recruited in Boston to the **FBI's** witness protection program. Salvati came to rue the day he blew off Barboza's men when they came to collect.

"Over $400, Joe did 30 years in the can," Garo said.

Cavicchi characterized Limone as "a low-level Mafioso" who owned a card parlor and ran the numbers racket. "I'm not going to glorify" Limone and Salvati, Cavicchi said. "But they weren't killers."

As a small-time gambling czar, Limone had his share of enemies--presumably including the **FBI** informant. The report shows that at least once, Limone threw Flemmi out of his West End Veterans Club.

Also, according to the **FBI** report, "Flemmi told informant that he wants to kill Deegan," a onetime boxer and minor-league thug. Flemmi, it continued, "stated that Deegan is an arrogant, nasty sneak and should be killed. . . . Jimmy Flemmi wanted to be considered the 'best hit man' in the area."

Flemmi died of a drug overdose in prison in 1979. Barboza was killed in a mob hit in '76.

Defense lawyers never saw the material that could have exonerated their clients. Even one prosecutor from the original trial said he was unaware the papers existed.

More than 10 years ago, Garo came across evidence suggesting that Barboza had wrongfully implicated his client. His request for a new trial was turned down.

In 1997, Salvati was released when Garo won a commutation from Gov. William F. Weld.

Although they say it is too early to determine whom they will sue, Garo and Cavicchi both expect to file civil actions for their clients.

*

But beyond the injustice, Limone and Salvati's story is one about family: Two men spent half their lives locked up. Two wives stood by them. Eight children

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

1/30/01 LATIMES A1                                                          Page 4

fielded taunts that their fathers were murderers. Yet both men came back to the
families and neighborhoods they had left behind.

   At home in this working-class city north of Boston, Limone and his wife,
Olympia, eagerly talked about their years apart--and how they kept their family
together.

   "You know what the saddest moments are?" Limone asked. "My kids' birthdays. My
kids' hockey games. My kids are making their First Holy Communions, and I'm not
there. Three weddings, eight grandchildren."

   Sitting at a lace-covered dining table, Olympia Limone shook her head, calling
the whole experience "a nightmare."

   During his three weeks of freedom, Limone has been trying to learn how to work
call-waiting on the push-button phone. Computers confound him, as do price tags.
Doughnuts cost 29 cents a dozen when he went away. His last car, a new Bonneville,
set him back $3,500.

   On Limone's first Sunday visit to church, the same parishioners who slipped
envelopes filled with money to his wife over the years stood on the steps to
cheer.

   Still, the ache of injustice lingers.

   "It was there every day in prison," he said. "And it's always there now."

   Twice a week, for all those years, Olympia visited her husband. When their four
children were young, she told them they were visiting a hospital. That worked
until they learned to read the word "prison."

   Olympia Limone stood by her husband because "I knew he was innocent." A rueful
smile crossed her face as she remembered: "At first, they told me he might be out
in 10 years. I thought, 10 years, my God, I'll be 40!" She's now 64.

   When Superior Court Judge Margaret Hinkle told Limone earlier this month that
his wait was over, he felt paralyzed. But he has barely stopped smiling since.

   It's the same expression he will take to court today--and the same smile, more
or less, that got him through 33 years in prison. Limone said it drove the guards
nuts when he flashed that resolute grin.
TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE


   PHOTO: Peter Limone, who served 33 years in prison for a crime he did not commit,
with his wife, Olympia.;   ; PHOTOGRAPHER: NEAL HAMBERG / For The Times; PHOTO:
(A2) FRAMED--Peter Limone, who served 33 years in prison, is among four Boston
hoods whe ere framed for 1965 mob murder, a new FBI corruption investigation
suggests. A1;   ; PHOTOGRAPHER: NEAL HAMBERG / For The Times


                      ---- INDEX REFERENCES ----

           Copr. ® 2004 West. No Claim to Orig. U.S. Govt. Works.

1/30/01 LATIMES A1                                                    Page 5

KEY WORDS:        FEDERAL BUREAU OF INVESTIGATION; ORGANIZED CRIME --
MASSACHUSETTS; POLICE MISCONDUCT -- MASSACHUSETTS; PRISONER RELEASES; POLICE
CORRUPTION


NEWS SUBJECT:        Law Enforcement; Crime; Crime/Courts; Law Enforcement; Los
Angeles Times; Newspapers' Section Fronts; Front-Page Stories; Page-One Story;
Political/General News; Content Types; English language content; Religion;
Religion (GHOME CRM GCRIM LEN LATM FRT PAG NPAG GCAT NCAT ENGL GREL RLG)


STORY ORIGIN:        MEDFORD, MASS.


GOVERNMENT:        Federal Bureau of Investigation (**FBI**) (**FBI**)


REGION:        United States - Massachusetts; Northeast U.S.; United States;
North American Countries; Massachusetts; North America; United States (USMA USE
USA NAMZ MA NME US)

Language: EN
SOURCE REGION:    CA NME PRM US USW


EDITION:        HOME EDITION

Word Count: 1411

1/30/01 LATIMES A1


END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.                                                                         factiva
                                                                                Dow Jones & Reuters

1/30/01 ASSOCPR (No Page)                                                       Page 1


1/30/01 Associated Press (Pg. Unavail. Online)
2001 WL 11947958

AP Online
Copyright 2001 The Associated Press. All Rights Reserved.

**Tuesday, January 30, 2001**

Charges Dropped in 1965 Mob Case

By MARTIN FINUCANE
Associated Press Writer

   CAMBRIDGE, Mass. (AP) - Prosecutors dropped charges Tuesday against two men who claimed they spent decades in prison because the **FBI** - trying to protect an informant - allowed them to be framed for a 1965 underworld murder.

   "Freedom is a beautiful thing," said Joseph Salvati, 68, who was joined by friends and family at the courthouse. "It took us awhile getting here, but we made it."

   The district attorney's office also dropped charges against Peter Limone, 66, another man convicted in the 1965 gangland slaying of Edward "Teddy" Deegan, a small-time hoodlum who was gunned down in an alley.

   The decision to drop charges was "what justice demands," said prosecutor Mark Lee, declining to comment further.

   **FBI** spokeswoman Gail Marcinkiewicz would not comment.

   Salvati and Limone both said they were innocent of the slaying. Salvati had gotten his sentence commuted in 1997 and was released on parole. Limone was freed earlier this month after 32 years behind bars.

   "Joe Salvati was innocent in this matter and the sad part of it is, the government knew he was innocent," said Salvati's lawyer, Victor Garo, who has argued that the **FBI** allowed the frame-up to protect an informant, Vincent "Jimmy the Bear" Flemmi, who may have taken part in the slaying.

   Garo said Salvati was a law-abiding citizen who was framed because he owed $400 to the chief prosecution witness - hit man Joseph "The Animal" Barboza, the first participant in the federal witness protection program.

   Limone was a reputed mobster and was once convicted of a gambling offense.

   Last month, Justice Department officials investigating corruption in the Boston **FBI** gave defense attorneys **FBI** informant reports, discovered in Washington **FBI** files, from the time of **Deegan's murder**.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

1/30/01 ASSOCPR (No Page)                                              Page 2

   The reports showed that FBI agents were told of plans for Deegan's slaying
beforehand and were given the names of those involved. The names did not include
Limone, Salvati or two other men convicted in the case, both of whom have since
died in prison.

   Superior Court Judge Margaret Hinkle threw out Salvati and Limone's convictions
earlier this month, saying the FBI reports should have been disclosed at the time.
Following Hinkle's ruling, prosecutors said they would review both men's cases;
the action Tuesday ends all legal proceedings against them.

   Flemmi and Barboza are both dead, Flemmi of a drug overdose in prison and
Barboza in a mob hit.

   Garo and Limone's lawyer, John Cavicchi, both indicated they plan to sue.
"Anyone who was involved with the investigation, arrest, prosecution and judicial
review of the Salvati case is not above suspicion," Garo said.

   The Justice Department is investigating allegations that some Boston FBI agents
grew too friendly with mobsters, allowing them to roam the city untouched by law
enforcement for decades. One agent already faces charges.

   Agent John Connolly is accused of protecting Stephen "The Rifleman" Flemmi,
Vincent Flemmi's brother.


                       ---- INDEX REFERENCES ----



   KEY WORDS:          NATIONAL


   NEWS SUBJECT:       English language content; Crime and Courts; Political and
   General News; Crime (ENGL GCRIM GCAT CRM)


   STORY ORIGIN:       CAMBRIDGE, MASS.


   NEWS CATEGORY:      DOMESTIC


   REGION:             United States; North America (US NME)

   Language:  EN
   SOURCE REGION:      NME US


   Word Count: 476

   1/30/01 ASSOCPR (No Page)


   END OF DOCUMENT

                 Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

 Westlaw.

factiva.
Dow Jones & Reuters

1/31/01 PITTSPOST A7                                              Page 1


1/31/01 Pitt. Post-Gazette A7
2001 WL 3361069

Pittsburgh Post-Gazette
Copyright 2001

**Wednesday, January 31, 2001**

NATIONAL

2 FREED IN ' 65 MURDER CASE  **FBI** ALLOWED FRAMEUP TO PROTECT MOB INFORMANT

MARTIN FINUCANE, THE ASSOCIATED PRESS

Prosecutors dropped charges yesterday against two men who claimed they spent decades in prison because the **FBI** -- trying to protect an informant -- allowed them to be framed for a 1965 underworld murder.

"Freedom is a beautiful thing," said Joseph Salvati, 68, who was joined by friends and family at the courthouse. The district attorney's office also dropped charges against Peter Limone, 66, another man convicted in the 1965 gangland slaying of Edward "Teddy" Deegan, a small-time hoodlum who was gunned down in an alley.

Salvati and Limone both said they were innocent of the slaying. Salvati had gotten his sentence commuted in 1997 and was released on parole.

Limone was freed earlier this month after 32 years behind bars.

"Joe Salvati was innocent in this matter and the sad part of it is, the government knew he was innocent," said Salvati's lawyer, Victor Garo, who has argued that the **FBI** allowed the frame-up to protect an informant, Vincent "Jimmy the Bear" Flemmi, who may have taken part in the slaying.

Garo said Salvati was a law-abiding citizen who was framed because he owed $400 to the chief prosecution witness -- hit man Joseph "The Animal" Barboza, the first participant in the federal witness protection program. Limone was a reputed mobster and was once convicted of a gambling offense.

Last month, Justice Department officials investigating corruption in the Boston **FBI** gave defense attorneys **FBI** informant reports, discovered in Washington **FBI** files, from the time of **Deegan's murder.**

The reports showed that **FBI** agents were told of plans for Deegan's slaying beforehand and were given the names of those involved. The names did not include Limone, Salvati or two other men convicted in the case, both of whom have since died in prison.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

   Superior Court Judge Margaret Hinkle threw out Salvati and Limone's convictions, saying the **FBI** reports should have been disclosed at the time.

   Flemmi and Barboza are both dead, Flemmi of a drug overdose in prison and Barboza in a mob hit.

   The Justice Department is investigating allegations that some Boston **FBI** agents grew too friendly with mobsters, allowing them to roam the city untouched by law enforcement for decades. One agent already faces charges.


              ---- INDEX REFERENCES ----


NAMED PERSON:      SALVATI, JOSEPH; LIMONE, PETER


NEWS SUBJECT:      Crime and Courts; Political and General News; Crime; News Agency Material; English language content; Content Types (GCRIM GCAT CRM NNAM ENGL NCAT)


STORY ORIGIN:      CAMBRIDGE, MASS.


Language: EN
SOURCE REGION:     NME PA US USE


LAYOUT CODES:      (NTL)


EDITION:           SOONER

Word Count: 367

1/31/01 PITTSPOST A7

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.



factiva.
Dow Jones & Reuters

1/31/01 PROVJ A03                                                    Page 1

1/31/01 Providence J.-Bull. (R.I.) A03
2001 WL 5374694

The Providence Journal
Copyright 2001

**Wednesday, January 31, 2001**

News

Charges dropped in 1965 Boston mob hit

CAMBRIDGE, Mass. (AP) - Both Joseph Salvati and Peter Limone, who spent decades behind bars for the slaying, plan to sue.

Prosecutors dropped charges yesterday against two men who claimed they spent decades in prison because the FBI  trying to protect an informant  allowed them to be framed for a 1965 underworld murder.

"Freedom is a beautiful thing," said Joseph Salvati, 68, who was joined by friends and family at the courthouse. "It took us awhile getting here, but we made it."

The district attorney's office also dropped charges against Peter Limone, 66, another man convicted in the 1965 gangland slaying of Edward "Teddy" Deegan, a small-time hoodlum who was gunned down in an alley.

The decision to drop charges was "what justice demands," said prosecutor Mark Lee, declining to comment further.

FBI spokeswoman Gail Marcinkiewicz would not comment.

Salvati and Limone both said they were innocent of the slaying. Salvati had gotten his sentence commuted in 1997 and was released on parole. Limone was freed earlier this month after 32 years behind bars.

"Joe Salvati was innocent in this matter and the sad part of it is, the government knew he was innocent," said Salvati's lawyer, Victor Garo, who has argued that the FBI allowed the frame-up to protect an informant, Vincent "Jimmy the Bear" Flemmi, who may have taken part in the slaying.

Garo said Salvati was a law-abiding citizen who was framed because he owed $400 to the chief prosecution witness  hit man Joseph "The Animal" Barboza, the first participant in the federal witness protection program.

Limone was a reputed mobster and was once convicted of a gambling offense.

Last month, Justice Department officials investigating corruption in the Boston

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

FBI gave defense lawyers **FBI** informant reports, discovered in Washington **FBI** files, from the time of **Deegan's murder**.

The reports showed that **FBI** agents were told of plans for Deegan's slaying beforehand and were given the names of those involved. The names did not include Limone, Salvati or two other men convicted in the case, both of whom have since died in prison.

Superior Court Judge Margaret Hinkle threw out Salvati and Limone's convictions earlier this month, saying the **FBI** reports should have been disclosed at the time. Following Hinkle's ruling, prosecutors said they would review both men's cases; yesterday's action ends all legal proceedings against them.

Flemmi and Barboza are both dead, Flemmi of a drug overdose in prison and Barboza in a mob hit.

Garo and Limone's lawyer, John Cavicchi, both indicated that they plan to sue. "Anyone who was involved with the investigation, arrest, prosecution and judicial review of the Salvati case is not above suspicion," Garo said.

The Justice Department is investigating allegations that some Boston **FBI** agents grew too friendly with mobsters, allowing them to roam the city untouched by law enforcement for decades. One agent already faces charges.

Agent John Connolly is accused of protecting Stephen "The Rifleman" Flemmi, Vincent Flemmi's brother.


---- INDEX REFERENCES ----


NAMED PERSON:     SALVATI, JOSEPH; LIMONE, PETER; GARO, VICTOR


NEWS SUBJECT:     English language content; Crime and Courts; Political and General News; Crime (ENGL GCRIM GCAT CRM)


Language: EN
SOURCE REGION:    NME RI US USE


EDITION:          ALL

Word Count: 490

1/31/01 PROVJ A03

END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

factiva.
Dow Jones & Reuters

2/8/01 BOSTONH 003                                                          Page 1

2/8/01 Boston Herald 003
2001 WL 3792708

Boston Herald
Copyright 2001

**Thursday, February 8, 2001**

NEWS

Prison time may pay off - Deegan trial trouble leads to suit

J.M. Lawrence

Attorneys for four men, who spent more than 100 combined years in prison for
murder after the FBI hid evidence of their innocence, vow to file a civil suit and
expose a "system-wide coverup" in Boston that spanned three decades, they said.

"This is without a doubt the dirtiest case you've ever seen," attorney Victor
Garo said.

Garo, who has represented Joseph Salvati for 26 years, will hold a news
conference this morning at the Boston Park Plaza Hotel to lay the groundwork for a
multimillion dollar civil rights lawsuit on behalf of Salvati and his family.

Garo blasted the Boston FBI for remaining silent on the case ever since an
ongoing Justice Department Task Force in December turned up documents that appear
to exonerate Salvati, 68, and his co- defendants Peter Limone, 66, Louis Greco and
Henry Tameleo for the 1965 murder of Edward "Teddy" Deegan. Limone's conviction
was vacated last month and Greco and Tameleo died in prison.

Salvati's family went through 33 years of "humiliation, deprivation and
sadness," said Garo.

A Cambridge judge declared Salvati a free man last week after he spent 30 years
in prison and three years on parole.

According to Boston FBI sources, the bureau has been ordered by higher-ups in
Washington to remain silent while the case "is still unfolding."

FBI reports from the mid 1960s uncovered by task force leader John Durham appear
to show that legendary agents H. Paul Rico and Dennis Condon allowed the men to be
framed to protect their informant, hit man Vincent "The Bear" Flemmi.

The agents remained silent as some of the men were sentenced to die in the
electric chair in 1968. They were spared when the state eliminated the death
penalty.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Blame for the men's wrongful imprisonment runs the gamut from the Boston **FBI** to the Suffolk County District Attorney's Office to the Chelsea police officers who first investigated **Deegan's murder**, according to attorneys for Salvati and Limone.

A 1965 Chelsea police report obtained by the Herald corroborates the long-hidden **FBI** reports. The Chelsea report was written by Lt. Thomas F. Evans who responded to the **Deegan murder**. Evans is now deceased.

"As a community, we need to know what really happened here," said attorney William Koski, who is preparing civil suits on behalf of Limone and the families of Greco and Tameleo.

An attorney for now retired agent Rico has said his client was powerless to reveal what he knew about the case because of instructions from his superiors.

Rico spent his retirement running security for World Jai Alai which had connections to Vincent Flemmi's brother Stephen Flemmi, another **FBI** informant, and notorious gangster James "Whitey" Bulger, according to law enforcement sources.

The owner of World Jai Alai was later murdered in 1981 by admitted Bulger gang hit man John Martorano.

Condon actually testified during the men's trials, supporting the testimony of Mob turncoat Joseph "The Animal" Barboza who fingered Salvati over a gambling debt, according to Garo.

Prosecutors from the Suffolk County District Attorney's Office contend they sought justice for Limone and Salvati after receiving the new evidence from the Justice Department.

Chelsea City Manager Jay Ash said yesterday he had never heard of the Deegan case, but said the city would review the case.
TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

Caption: SALVATI: Served 30 years in prison for 1965 murder.

---- INDEX REFERENCES ----

NAMED PERSON:    GARO, VICTOR; SALVATI, JOSEPH; LIMONE, PETER; GRECO, LOUIS;
TAMELEO, HENRY

NEWS SUBJECT:    English language content; Crime and Courts; Political and General News; Crime; Lawsuits; General News (ENGL GCRIM GCAT CRM LWS GEN)

Language:  EN
SOURCE REGION:    MA NME US USE

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

2/8/01 BOSTONH 003                                      Page 3

EDITION:            ALL EDITIONS

Word Count: 544

2/8/01 BOSTONH 003

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.


Westlaw.

factiva.
Dow Jones & Reuters

2/15/01 BOSTONH 005                                                        Page 1

2/15/01 Boston Herald 005
2001 WL 3793348

Boston Herald
Copyright 2001

**Thursday, February 15, 2001**

NEWS

**FBI claims police got evidence in '65 Mob hit**

J.M. Lawrence

Faced with mounting criticism over its handling of a 1965 murder case, the
Boston **FBI** yesterday declared that a review of agency records shows the bureau did
not hide evidence that might have exonerated two men.

"We did not attempt to frame anybody," Special Agent in Charge Charles S. Prouty
said.

The **FBI's** review of its files shows agents shared with local police information
that pointed to other killers of hoodlum Edward "Teddy" Deegan in a Chelsea alley
other than Joseph Salvati and Peter Limone, Prouty said.

"It appears we did live up to our responsibilities to provide the information we
had," said Prouty.

Attorneys for Salvati and Limone - whose convictions were vacated last month
after the men spent half of their lives in prison - accused the bureau of refusing
to accept blame in a case in which the **FBI** played a major role.

"They still to this day cannot bring themselves to the fact they did anything
wrong," said Victor Garo, who has fought for Salvati's innocence for 26 years.
"They are the **FBI**. They don't do things wrong no matter what version anybody
says."

The 1968 prosecution's key witness was the **FBI's** prized Mob turncoat, hitman
Joseph "The Animal" Barboza. **FBI** agent Dennis Condon also testified during the
trial.

In January, Middlesex Superior Court Judge Margaret Hinkle ruled that a newly
released **FBI** report from 1965 was exculpatory evidence that should have been
shared with defense attorneys for Salvati, 63, and Limone, 66.

Hinkle said the case "tarnishes" the **FBI**.

Suffolk County District Attorney Ralph C. Martin II's office found the new

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

evidence was never provided to the DA in 1968.

The office admitted the old **FBI** reports impeached Barboza's credibility as the key witness and the office chose not to retry the case.

Prouty said it is unclear from **FBI** case files - many of which have been routinely destroyed - whether the **FBI** ever shared the secret informant's report with the Suffolk DA.

But he and Assistant Special Agent in Charge William Chase maintained the bureau fulfilled its obligations by sharing the information with Chelsea police who led the investigation.

Yesterday, the bureau released a 1965 memo from **FBI** headquarters in Washington instructing Boston agents to "advise appropriate authorities of the identities of the possible perpetrators of the murders of (Anthony) Sacrimone and Deegan."

A handwritten notation on the memo says information in the Deegan killing was "already disseminated" to Chelsea Capt. Robert Renfrew on March 15, 1965.

Current Chelsea officials are reviewing their police departments role in the case, they said.

The bureau, however, never shared with defense attorneys that Barboza's partner, Vincent "The Bear" Flemmi, was an **FBI** informant at the time of the **Deegan murder**.

According to the newly released informant's report, Flemmi was the main instigator behind killing Deegan, a street hoodlum whom the hit man disliked.

But Flemmi's name was never mentioned at Salvati and Limone's trial.

Limone and Salvati were sentenced to die in the electric chair but avoided execution when the state's hight court struck down the death penalty.

Lawyers for Salvati, Limone and two other men who were convicted in the **Deegan murder** are preparing multimillion dollar civil rights suits.

"One thing we want to do in the civil action is find out who knew what when, and whether there was any steering of Barboza's testimony," said William Koski, attorney for Limone. He also represents the families of Louis Greco and Henry Tameleo, who were convicted in the murder and died in prison.

Barboza later attempted to recant his testimony in the case, but the courts turned down numerous appeals.

---- INDEX REFERENCES ----

NAMED PERSON:     PROUTY, CHARLES S; SALVATI, JOSEPH; LIMONE, PETER

NEWS SUBJECT:     English language content; Crime and Courts; Political and

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

2/15/01 BOSTONH 005                                                    Page 3

General News; Crime (ENGL GCRIM GCAT CRM)


Language:  EN
SOURCE REGION:      MA NME US USE


EDITION:          ALL EDITIONS

Word Count: 604

2/15/01 BOSTONH 005

END OF DOCUMENT

Copr. ® 2004 West. No Claim to Orig. U.S. Govt. Works.