# TAB 5
# pages 73 to 96

Westlaw.

factiva.
Dow Jones & Reuters

4/29/01 HRTFCNT A1                                                     Page 1

4/29/01 Hartford Courant A1
2001 WL 4562195

The Hartford Courant
Copyright @ The Hartford Courant 2001

**Sunday, April 29, 2001**

MAIN (A)

WRONGED BY THE **FBI**, FREE AT LAST MAN'S WIFE, CHILDREN, INNOCENCE HELPED HIM BEAR
30 YEARS IN PRISON

EDMUND H. MAHONY; Courant Staff Writer

The best meal Joe Salvati can remember, ever, was served on a Thanksgiving, a
day that is otherwise indistinguishable from the long, numbing succession of the
rest of his stolen days.

His eldest daughter, now a grandmother, cooked. She was a teenager then, living
in the family's North End apartment. Turkey. Dressing. Salvati's wife, Marie,
loaded dinner and her four young children into the cheap used car she had just
learned to drive. She girded herself. The children were always wired during the
frightening ride to prison, where Salvati was serving a life sentence for a murder
that his family knew he did not commit.

One day last week, a promising sunny morning in a chilly spring, Marie Salvati
was touching her husband's arm again after half a lifetime. She turned to him and
smiled. "You were at the Concord [prison] farm at that time, remember?

"We were allowed to take food there," she said, as if she had to explain. "And
we prepared everything, I'll tell you. We all had Thanksgiving together. We all
sat down. Butternut squash. The whole nine yards, my Maria made. We packed it in a
carton and I think it was the best Thanksgiving dinner we ever had while he was
away."

Joseph Salvati was away for 30 years. Tiny moments now fill big places in the
family memory. No one could have imagined how Salvati's life would shatter on Oct.
25, 1967, the day police officers snatched him off a city street and charged him
--wrongly, he has now proved -- with killing a nickel-and-dime hoodlum named
Edward "Teddy" Deegan.

He was a strapping, black-haired 34-year-old, and Marie, petite and
auburn-haired, was 32. The life they had planned since marrying as childhood
sweethearts dissolved in a nightmare interrupted only infrequently by strained
meals at prison tables. Their children, 11, 9, 7 and 4 when Salvati was arrested,
were 46, 44, 42 and 39 when he was finally and conclusively cleared of the murder
earlier this year.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

4/29/01 HRTFCNT A1                                                    Page 2

He never saw them grow up. He missed first communions and graduations and weddings. He had six grandchildren and a great grandson by the time he was released. His father had died. His mother had Alzheimer's disease. She rarely recognized him.

But hard as it was to live his children's lives vicariously from his prison cell, Salvati was consumed by knowledge that has only recently become public through an investigation of misconduct in the FBI's Boston office: He was an unwitting innocent trapped in what is turning out to be one of the country's worst law enforcement scandals.

Salvati and four other men were framed for murder by a FBI informant named Joseph "The Animal" Barboza, a psychopathic killer known for porkpie hats and a propensity to club men to death. Worse, previously secret FBI memoranda that led to the dismissal in January of Salvati's murder charge show that FBI agents knew he was probably innocent within hours of Deegan's death.

And it now seems certain that Barboza, the FBI's own informant, was behind **Deegan's murder**.

The FBI concealed the information. Salvati's life deteriorated into pulp fiction.

The federal government invented the witness protection program in the mid-1960s, in the middle of a violent war between gangs of thugs fighting over Boston's neighborhoods. Barboza became the country's first protected witness. That, Salvati believes, predetermined his conviction.

At the time, the FBI was under enormous pressure to crack down on the Mafia, which meant the bureau was targeting Italian organized crime groups. The other men arrested with Salvati were associated with organized crime. It appears FBI agents suggested to Barboza that those others needed to be arrested for something, even if they weren't involved in Deegan's death. Barboza, who later was slain himself, probably included Salvati in the case because Salvati had borrowed $400 from Barboza's loan sharks and hadn't repaid it fast enough.

Besides an unfailingly loyal family, Salvati attracted a crusading young lawyer from Medford named Victor Garo. Garo worked tirelessly, and for free, on Salvati's case for more than 20 years. Over the decades, the lawyer dreamed up one innovative argument after another. Invariably, judges ruled that although there was something wrong with Salvati's conviction, there was never enough wrong to free him.

Finally, on March 20, 1997, former Massachusetts Gov. William Weld relented and signed a commutation. Salvati won again in January when a Massachusetts judge dismissed the murder conviction.

But Salvati's ultimate vindication may come Thursday, when he and his wife testify in Washington, D.C., before the U.S. House Committee on Government Reform. Congress has opened its own inquiry into FBI misconduct in Boston. H. Paul Rico and Dennis Condon, the two now- retired FBI agents who turned Barboza into an informant, are expected to be subpoenaed to testify in the same hearing room. They are expected to exercise their right against self-incrimination.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

The committee will examine evidence suggesting that the law enforcement misconduct that stole Salvati from his family ruined other lives as well. Barboza was replaced by equally notorious informants, among them James "Whitey" Bulger and Stephen "The Rifleman" Flemmi. They are under indictment on a charge of assassinating the man who owned Hartford's now defunct jai alai fronton.

Salvati said he is convinced he was sentenced to what was meant to be a long, lingering prison death because he was a young Italian man living at the wrong time in Boston's Italian North End. He is gray-headed and heavier now. Marie reminds him of things and touches him frequently, as if to reassure herself. Together they tell a story of how love and loyalty can overcome frightening indifference.

"The FBI made up a story and put four innocent men to death," Salvati said last week during a long interview in his lawyer's office just outside the city. "Now to die in prison is one thing. Death is death. But to die because you're Italian? That's something else.

"My family kept me going. And Victor Garo brought more hope to me than all the courts. As many times as doors got slammed, we'd just crawl right back and come at them. Victor would always come up with a new idea."

But the long road from Salvati's arrest to the argument that ultimately swayed a Massachusetts governor is measured by unfathomable sadness that neither Congress nor the courts can erase.

Marie Salvati said she was walking to school to pick up her kids when word of her husband's arrest percolated through the neighborhood where the Salvatis and both their parents lived all their lives.

The couple met as teenagers on Revere Beach. They were like all their friends. He drove a truck for a meat packing company. She minded the house. The kids were in parochial school. A trip downtown to Filene's was an excursion.

"I was shocked," Marie said. "But I had to compose myself for the children."

It soon became apparent that conviction was a foregone conclusion.

"I just had bad vibes right from the beginning with this whole case," Marie said. "My husband's name was in no report anywhere to be found and still they went ahead and did what they did. They were just out for a conviction and that was what was going to happen, no matter what. You could have had the best lawyers in the world. It was a point that I guess the government wanted to prove at the time and I guess that was that."

Salvati said he and the three other men charged with him had to be convicted to preserve Barboza's credibility as a prosecution witness in upcoming cases. Two of those men died of old age in prison. The fourth was cleared with Salvati in January, based on the hidden FBI memos.

"They made the witness protection program for Barboza, so they couldn't lose him," Salvati said. "His word had to be gold. He had to be telling the truth. He'd stab you and hit you with a bat. He'd kick you and club you. But according to them, he'd never tell a lie. He was never an informant. He was a liar. He was told

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

what to say, absolutely."

Marie said she raced to school again the day her husband was convicted. Salvati's trial had become front-page news and classmates were taunting the children. A little boy would cock his finger at a Salvati girl and say, "Bang, bang." After school one day, a daughter asked Marie, "What is the electric chair?"

"I didn't want them to hear things out on the street," Marie said. "I told them what had happened and that Dad loves us very much and that Dad is innocent of this thing. I hated to use words like crime or jail. I tried to come up with a choice of words that were kind for them. But they knew.

"That night I had nightmares about him being put away in chains," Marie said. "He was a young man, 34 years old."

Marie got a part-time job with a social service program in the neighborhood. Over the next 30 years, she attended college and became director of a Head Start program in the North End. But first she learned to drive. She scratched together enough money for a used car. She had to visit her husband.

"I had to re-evaluate myself with my goals and objectives," Marie said. "I just sat down one day by myself after his verdict came in. And let me tell you, I had to think fast because life was going pretty fast for me then. He had a life sentence he was facing. Where do I come into this picture? How do I carry on? Where do I go? All these things were heavy on me. I have no regrets for my choices."

Salvati got a prison job the day after he got a life sentence. He became Father Foley's clerk at Walpole, a top job with a top prison salary -- 50 cents a day. When friends or relatives visited and left him $5 or $10, he saved it. Every Christmas he sent home a check. Sometimes it approached $500.

And every Friday for 30 years, a card arrived at home for Marie. It was always signed, "I love you forever, Joe." Each card sat on the television set until the next one came. Then they were stored in shoeboxes. She still has them.

"Everything is in a shoebox," she said. "I think it was after 15 or 20 years, I went through every one of them at the table and I just bawled my eyes out. Because I said, 'Really, my life is in a shoebox.' I was married to the state. They owned him. And it brought back so much pain. I just needed that moment. And then it went on."

Life was measured by sporadic family dinners. Depending on the prevailing political attitude in Massachusetts toward violent crime, or on the status of Salvati's futile appeals, prison authorities moved him between minimum- and high-security institutions. At some, the family could eat together; at others, they could only talk.

The Salvati girls grew up with body searches. Their panties and bras were examined before they could visit father. When grandchildren arrived, diapers were searched and formula was opened.

Salvati never talked about life in the institution and Marie never spoke of

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

problems at home.

"I'd run the week by him," Marie said. "What the kids were doing. What they were not doing. And what was going on in the house. But nothing major. He had enough going on. I always told him, 'You take care of yourself inside and I'll take care of the family outside.' That was our way of dealing with things."

The children were always foremost in the couple's minds.

"I wanted to be upbeat," Marie said. "I never said, 'We can't do this because your father is away,' or, 'We can't do this because we don't have the money.' We did what we could and we did the best that we could. We lived modestly. I have great children. I'm very lucky."

She collected 10,000 signatures for her husband's commutation petition. She spoke to hundreds of neighbors who gathered to support her at the Knights of Columbus hall. She had "Free Joseph Salvati" posters printed and hung them in neighborhood windows. She passed police officers on the sidewalk, but they would not look her in the eye.

Salvati said he always knew he would be freed one day.

"The years go by," he said. "One year. Three years. Five years. It takes quite a while to write the appeals up. The judges take twice as long to deny you. Another two years, three years gone by. Then back to the drawing board, year after year after year.

"How do you explain to you children year after year that you're not coming home?" he asked. "The kids got older. They stopped asking."

The Massachusetts parole board voted to commute Salvati's sentence in 1989, but Weld killed it four years later. Then the unexpected happened. Garo had just finished a prison meeting with Salvati and was driving back to his office where his secretary, Claire, was at work.

"I don't have my radio on because I'm thinking about what my newest strategy is going to be." Garo said. "And I walk into the office and Claire is all excited, asking 'Did you hear? Did you hear?' And I said, 'What are you talking about?'

"She said, 'The governor just approved a commutation. It's on the radio.' I am the last one in this whole state to know. Everyone is calling and everyone is excited and I'm thinking, 'Wow. What a Christmas present for Joe."'

It was a gift, one that has never been clearly explained. Salvati had not reapplied for commutation after Weld's initial denial.

Garo jumped back into his car and returned to the prison. Sympathetic guards had already told Salvati.

"It was kind of emotional between Joe and I," Garo said. "And I think that better stay between us."

On his release date, March 20, 1997, Salvati's family met him at the prison

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

gate. He reported to his parole officer. He visited his mother. Later, during a brief moment of lucidity, he thinks she recognized him. There was a party at the apartment.

"It was a new beginning," Marie said. "A new life."

"It was amazing," Salvati said.

The couple tried to settle into a routine they had not shared in three decades.

"The biggest thing for us when he came home was, he's doing fine." Marie said. "But I'm not doing that great. It was the whole routine, you know. I'm saying 'Joe, you got to do it this way. This is done this way.'

"He says to me, 'Stop telling me what to do.' But, you know, I didn't mean it like that. I had to realize he had 30 years of when to get up, when to stand for count, when to eat, when to do this, when to do that.

"But that only lasted a couple of months and we got over that."

It is funny now.

"Every March 20, she wanted a cake and a celebration," Salvati said. "Every year the cake, everything. I said, 'I don't want to remember this. I want to forget about it.'"

A month after his release, their youngest grandson was born. Salvati assisted in the delivery. The doctors watched him and asked, "Is that the guy? Is that the guy?"

The Salvati children still have trouble with what happened to their father.

"They grumble," Salvati said. "I tell them they can't dwell on it, they can't let it eat at them. But, of course, that's impossible."

Marie is angry that the family has yet to receive an apology.

"They're still in denial and still not giving us the respect that we should have for our family," she said. "That's like putting salt on wounds to me."

Salvati has developed a superhuman capacity for forgiveness.

"All the **FBI** agents aren't bad," he said. "There are plenty of good ones. We still have the greatest criminal justice system in the world. This is a good system. This is the United States of America and it is still the greatest county in the world. But this shouldn't have happened."
TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

PHOTO 1: (COLOR), CLOE POISSON / THE HARTFORD COURANT PHOTO 2: (B&W), PHOTO COURTESY OF SALVATI FAMILY PHOTO 3: (B&W) MUG; Caption: PHOTO 2: A PORTRAIT THAT HANGS in Joe and Marie Salvati's bedroom in their North End apartment in Boston shows their four children as they looked around the time of his arrest. PHOTO 3:

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

4/29/01 HRTFCNT A1                                                    Page 7

VICTOR GARO worked tirelessly on Salvati's case for more than 20 years, dreaming up innovative legal arguments.


---- INDEX REFERENCES ----


NAMED PERSON:    SALVATI, JOE; SALVATI, MARIE; BARBOZA, JOSEPH "THE ANIMAL"; GARO, VICTOR; WELD, WILLIAM F


ORGANIZATION:    FEDERAL BUREAU OF INVESTIGATION


KEY WORDS:       MURDER; HOMICIDE; CRIME;


NEWS SUBJECT:    English language content; Crime and Courts; Political and General News; Crime (ENGL GCRIM GCAT CRM)


STORY ORIGIN:    BOSTON


Language: EN
SOURCE REGION:   CT NME US USE


EDITION:         1N/5/6/7 SPORTS FINAL

Word Count: 2724

4/29/01 HRTFCNT A1

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

 Westlaw.

factiva.
Dow Jones & Reuters

6/7/01 BOSTONH 005                                              Page 1


6/7/01 Boston Herald 005
2001 WL 3802790

                         Boston Herald
                         Copyright 2001

                    Thursday, June 7, 2001

                           NEWS

                Justice to release Hub Mob documents

                        J.M. Lawrence

   Attorney General John Ashcroft yesterday pledged that the Justice Department
will turn over to Congress thousands of pages of documents related to Boston Mob
investigations dating back to the 1960s.

   The House Committee on Government Reform called for the documents as part of a
sweeping probe into the Boston **FBI's** handling of organized crime and the bureau's
Top Echelon informant program.

   Ashcroft agreed to the request in response to questions from U.S. Rep. Martin
Meehan (D-Lowell) during a Judiciary Committee hearing yesterday.

   "He seemed to suggest that the Department of Justice would review the request
carefully and make an effort to be responsive in a way that would not jeopardize
the ongoing criminal investigation by DOJ in Boston," Meehan said after the
hearing.

   A department task force led by federal prosecutor John H. Durham has been
bringing testimony before a grand jury for months while probing public corruption
related to organized crime.

   Members of the the House committee have vowed to find out whether legendary **FBI**
Director J. Edgar Hoover knew that Boston agents hid evidence that led to the
wrongful convictions of four men in the 1965 murder of Edward "Teddy" Deegan.

   The case is widely viewed as the first evidence of an **FBI** decision to protect
criminal informants to bring arrests against organized crime figures.

   Ashcroft said documents would be given to the committee but some might contain
blacked out information to protect the grand jury probe.

   U.S. Rep. William Delahunt (D-Quincy) said yesterday that the probe into the **FBI**
"will take months if not years" and will result in legislation to provide better
oversight into the bureau.

              Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Agents allegedly helped to convict Peter J. Limone and Joseph Salvati along with two other men who died in prison in the Deegan case to protect their hit man informant, Vincent "The Bear" Flemmi, and keep favor with his brother, longtime gangster informant Stephen "The Rifleman" Flemmi.

"A lot of people have looked at Bulger and Flemmi but they haven't gone back as far as the **Deegan murder**," committee spokesman Mark Corallo said. "We're doing the whole thing. We are going to go and look under every rock."

---- INDEX REFERENCES ----

NAMED PERSON:      ASHCROFT, JOHN

ORGANIZATION:      FEDERAL BUREAU OF INVESTIGATION

NEWS SUBJECT:      English language content; Domestic Politics; Political/General News; Politics; Crime/Courts; Crime (ENGL GPOL GCAT PLT GCRIM CRM)

Language:  EN
SOURCE REGION:     MA NME US USE

EDITION:           ALL EDITIONS

Word Count: 358

6/7/01 BOSTONH 005

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

factiva.
Dow Jones & Reuters

6/10/01 BOSTONG 4                                                    Page 1


6/10/01 Boston Globe 4
2001 WL 3937392

The Boston Globe
Copyright 2001

**Sunday, June 10, 2001**

Magazine

GROSS INJUSTICE

LETTERS

   It was disturbing enough to read about Peter Limone, who served 33 years in
prison for a murder he didn't commit ("Answered Prayers," April 22). But then to
learn that recently uncovered **FBI** documents "suggest that **FBI** agents not only knew
that Limone and his co de fend ants were innocent but also knew of the [Edward]
**Deegan murder** plot two days before it happened and did nothing to stop the
killing" shatters whatever faith I had left in our justice system.

   The **FBI** acted out of the belief that the ends justified the means, the "end"
being its need to protect its  own informants, in particular, hit man Joseph "The
Animal" Barboza. Now that is criminal.

   criminal.


                       ---- INDEX REFERENCES ----


NAMED PERSON:      LIMONE, PETER


ORGANIZATION:      FEDERAL BUREAU OF INVESTIGATION


NEWS SUBJECT:      English language content; Crime/Courts; Political/General News;
Crime (ENGL GCRIM GCAT CRM)


NEWS CATEGORY:     MAG


Language:  EN
SOURCE REGION:     MA NME US USE

             Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

6/10/01 BOSTONG 4                                                    Page 2

LAYOUT CODES:        (WKD)


EDITION:        THIRD

Word Count: 118

6/10/01 BOSTONG 4

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.


Westlaw.

factiva.
Dow Jones & Reuters

7/16/01 BOSTONG B.1                                                    Page 1


7/16/01 Boston Globe B.1
2001 WL 3942458

                        The Boston Globe
                        Copyright 2001

                     **Monday, July 16, 2001**

                          Metro/Region

            FBI'S ROLE AT ISSUE IN VAIN SEARCH FOR FREEDOM

                     Shelley Murphy, Globe Staff

   All Louis Greco wanted before he died was one day of freedom, one day in the
Florida sunshine, away from the noisy and stifling prison that had been his home
for 28 years after his conviction for a gangland murder.

   But that day never came. The World War II hero died at age 78 in a Jamaica Plain
hospital ward reserved for prisoners on Dec. 30, 1995 - six years before his case
captured the attention of Congress in a growing scandal involving the **FBI's** hand
ling of informants.

   Now, as former state parole board member Michael Albano prepares to testify
before a congressional committee investigating the **FBI's** role in sending Greco and
three other men to prison for a murder they didn't commit, Albano can't shake the
memory of Greco begging for someone to listen to him.

   "I have a picture of him in my mind, sweating profusely on hot days, yet working
diligently," Albano said of Greco, who worked as a gardener on the prison grounds.

   Greco often greeted Albano in the 1980s when he arrived at the minimum-security
prison in Shirley for monthly parole board hearings on inmate petitions.

   The inmate, who walked with a limp from a gunshot wound he suffered while
serving in the Army in the South Pacific, always ended their casual conversations
with the same plea, according to Albano: "I just want to tell you that I'm not
guilty, and I just want to live one day as a free man. I just want to go home for
one day."

   While Greco's dying wish went unfulfilled, he was exonerated posthumously. In
December, a Justice Department task force investigating **FBI** corruption uncovered
secret **FBI** reports that indicated that hit man-turned-**FBI** witness Joseph "The
Animal" Barboza had framed Greco and three codefendants in the 1965 murder of
Edward "Teddy" Deegan in Chelsea.

   Barboza, who had killed 26 people and was in the Witness Protection Program in
exchange for cooperation against members of the New England Mafia, had implicated

             Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

six men in Deegan's slaying, and four of them were innocent, **FBI** informants said.

Informants identified one of the killers as Vincent Flemmi, a close friend of Barboza's and the brother of **FBI** informant Stephen Flemmi, **FBI** documents said.

In January, a judge tossed out the murder convictions of the only two survivors believed to be innocent, Joseph Salvati and Peter Limone. A fourth codefendant in the Deegan slaying, Henry Tameleo, died in prison in 1985.

"Greco is the most tragic figure of all of them," said attorney John Cavicchi, who represented Greco and now represents Limone. Cavicchi is ready to file lawsuits against the **FBI** on behalf of Limone and on behalf of Greco's former wife, Roberta Werner. "It was a continuing conspiracy to obstruct justice," he said.

Greco, one of eight children, grew up in Revere and made it as far as seventh grade. His father died when he was 8, and he was sent to a facility for juvenile delinquents on a larceny charge at 13.

At 20, Greco was sentenced to prison for armed robbery. He did his time and then went off to war.

When petitioning the parole board for a commutation in 1984, Greco wrote, "I have never broken any laws outside of gambling after I reached the age of 20; and have never killed anybody, unless it was in the US Army."

In the service, he was shot in the ankle and awarded the Purple Heart and two Bronze Stars.

Married and the father of two sons, he ran a bar and worked as a car repossessor and landscaper before he was arrested in Florida for the **Deegan murder**.

He insisted that he was in Florida when Deegan was killed, but said that police had harassed witnesses who could confirm his whereabouts.

Greco passed three lie detector tests, including one that was broadcast nationally in 1993 on famed criminal defense attorney F. Lee Bailey's television show "Lie Detector."

Greco's parole board records were subpoenaed by the House Committee on Government Reform, which is investigating the **FBI's** handling of informants, including Stephen Flemmi and James "Whitey" Bulger.

Congressional investigators are focusing on allegations that the **FBI** pressured parole board members to keep Greco and the others behind bars and was involved in a retaliatory investigation of five parole board members, including Albano, who recommended a commutation of Limone's sentence in 1983.

While testifying before the parole board during a 1984 commutation hearing, Greco said Barboza falsely implicated him because he had assaulted a friend of Barboza's in the 1960s when he threatened young men in Greco's neighborhood over a loanshark debt.

The board voted twice to recommend commutation for Greco, once in 1985 and again

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

7/16/01 BOSTONG B.1                                                    Page 3

in 1987, when his health was deteriorating. Greco underwent treatment for colon
cancer, diabetes, and a heart condition.

   But Governors Michael Dukakis and William F. Weld refused to commute Greco's
sentence, citing the seriousness of the crime.

   Three days shy of the second anniversary of Greco's death, his 40- year-old son,
Louis Jr., killed himself by ingesting poison.

   "It's a terrible tragedy," Cavicchi said. "It's another family that was
destroyed by this FBI complicity with Flemmi, and ultimately Bulger."
TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE


   Caption: LOUIS GRECO Died in prison


                     ---- INDEX REFERENCES ----


NAMED PERSON:       GRECO, LOUIS; ALBANO, MICHAEL; LIMONE, PETER


ORGANIZATION:       FEDERAL BUREAU OF INVESTIGATION


NEWS SUBJECT:       English language content; Crime/Courts; Political/General News;
Crime (ENGL GCRIM GCAT CRM)


NEWS CATEGORY:      MET


Language:  EN
SOURCE REGION:      MA NME US USE


LAYOUT CODES:       (LCR)


EDITION:            THIRD

Word Count: 863

7/16/01 BOSTONG B.1

END OF DOCUMENT


                    Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.





7/25/01 ASSOCPR (No Page)                                                    Page 1


7/25/01 Associated Press (Pg. Unavail. Online)
2001 WL 25486845

AP Online
Copyright 2001 The Associated Press. All Rights Reserved.

**Wednesday, July 25, 2001**

Wrongly Imprisoned Man Joins Claim

BOSTON (AP) - A man freed earlier this year after spending 33 years in prison
for a murder he didn't commit has joined in a $375 million claim against federal
officials.

Peter Limone's claim, filed Tuesday, charges the Federal Bureau of Investigation
and members of the US Justice Department with negligence for sending three
innocent men to prison. The other plaintiffs are the estates of two men who died
in prison.

"I hope it can help make up for my family, for my children, for my
grandchildren, to make it a little easier for them," Limone said.

The claim letters are precursors to lawsuits. The parties have six months to
reach an agreement. If they don't, Limone and the others will file suit, said
Limone's attorney William Koski.

Limone, Enrico Tameleo and Louis Greco were among six men found guilty in the
March 12, 1965, gangland slaying of Edward "Teddy" Deegan.

In December, Justice Department investigators looking into corruption in the
Boston **FBI** gave Limone's lawyer informant reports written around the time of
**Deegan's murder.**

The reports showed that informants told **FBI** agents of plans for the Deegan
slaying, and later gave the agents a list of those involved.

Limone, Tameleo and Greco weren't on the list. Neither was Joseph Salvati, who
had proclaimed his innocence for years and had his sentence commuted in 1997.
Salvati has announced plans to sue.

Limone was released from prison in January after a judge ordered a new trial.
Police later dropped the charges against him.


---- INDEX REFERENCES ----


KEY WORDS:        NATIONAL

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

7/25/01 ASSOCPR (No Page)                                    Page 2

NEWS SUBJECT:    Political/General News; English language content; Crime/Courts;
Crime (GCAT ENGL GCRIM CRM)


STORY ORIGIN:    BOSTON


NEWS CATEGORY:    DOMESTIC


REGION:          United States; North America; United States; North American
Countries (US NME USA NAMZ)

Language:  EN
SOURCE REGION:    NME US


Word Count: 252

7/25/01 ASSOCPR (No Page)

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.                                                                factiva.
                                                                   Dow Jones & Reuters

7/26/01 HSTNCHRON 13                                              Page 1


7/26/01 Hous. Chron. 13
2001 WL 23617366


Houston Chronicle
Copyright 2001

**Thursday, July 26, 2001**

NEWS

Feds face false conviction claim

Associated Press

  BOSTON - A man freed earlier this year after spending 33 years in prison for a
murder he didn't commit has joined in a $375 million claim against federal
officials.

  Peter Limone's claim charges the Federal Bureau of Investigation and members of
the Justice Department with negligence for sending three innocent men to prison.
The other plaintiffs are the estates of two men who died in prison.

  "I hope it can help make up for my family, for my children, for my
grandchildren, to make it a little easier for them," Limone said.

  The claim letters are precursors to lawsuits. The parties have six months to
reach an agreement. If they don't, Limone and the others will file suit, said
Limone's attorney, William Koski.

  Limone, Enrico Tameleo and Louis Greco were among six men found guilty in the
March 12, 1965, gangland slaying of Edward "Teddy" Deegan.

  In December, Justice Department investigators looking into corruption in the
Boston **FBI** gave Limone's lawyer informant reports written around the time of
**Deegan's murder.**

  The reports showed that informants told **FBI** agents of plans for the Deegan
slaying, and later gave the agents a list of those involved.

  Limone, Tameleo and Greco weren't on the list. Neither was Joseph Salvati, who
had proclaimed his innocence for years and had his sentence commuted in 1997.
Salvati has announced plans to sue.

  Limone was released from prison in January after a judge ordered a new trial.
Police later dropped the charges against him.
TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

7/26/01 HSTNCHRON 13                                              Page 2

 Mug: Peter Limone


                      ---- INDEX REFERENCES ----


NAMED PERSON:      LIMONE, PETER


KEY WORDS:         PRISONS LAWSUITS


NEWS SUBJECT:      English language content; News Agency Material; Crime/Courts;
Political/General News; Crime; Content Types (ENGL NNAM GCRIM GCAT CRM NCAT)


NEWS CATEGORY:     -LINKS-


Language:  EN
SOURCE REGION:     NME TX US USS


LAYOUT CODES:      (LCR)


EDITION:           3 STAR

Word Count: 248

7/26/01 HSTNCHRON 13

END OF DOCUMENT


                    Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

factiva.
Dow Jones & Reuters

7/28/01 BOSTONH 005                                                    Page 1


7/28/01 Boston Herald 005
2001 WL 3807166

Boston Herald
Copyright 2001

Saturday, July 28, 2001

NEWS

Feds allegedly helped hit man beat slay rap

J. M. LAWRENCE

Congressional investigators believe federal authorities in Boston helped Mob
turncoat Joseph "The Animal" Barboza fight a 1970 murder rap to buy his silence
and keep four men in prison for a murder they didn't commit, sources said.

"It's a sad story because the simple truth is bad things happened and nobody
stepped up to the plate to fix the bad thing," said a House Government Reform
Committee source.

Now digging up records in San Francisco, where Barboza killed a man while in
the Witness Protection Program, the committee is moving ahead with its probe into
federal corruption in Boston law enforcement in years past.

After Barboza killed a San Francisco thug over stolen bonds, former Boston FBI
agents H. Paul Rico and Dennis Condon, as well as the federal head of the
Organized Crime Strike Force, Edward F. Harrington, interceded on the hit man's
behalf with California authorities, the committee found. Harrington, now a federal
judge, may be called to testify before Congress this fall.

Condon, who missed a May date with Congress, citing illness, will be called
again, sources said.

In May, Rico gave stunning testimony to the committee defending himself and
offering no sympathy for the four innocent men who languished in prison for
decades.

According to committee staff, Congress wants to hear why the government
continued to protect Barboza. He remained in the Witness Protection Program even
after shooting Ricky Clay Wilson and was suspected of killing at least three more
people.

Lawyers for Peter J. Limone, who spent 33 years in prison for the murder of
low-level hoodlum Teddy Deegan before a judge vacated his conviction in February,
say they know why.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

"They knowingly conspired with Barboza in his use of perjured testimony to secure the guilty convictions of Peter Limone, Henry Tameleo and Louis Greco, which resulted in these men receiving the death penalty for something they had nothing to do with," said attorney William T. Koski, who last week filed a $325 million civil claim against the **FBI**.

Barboza was the government's sole witness to **Deegan's murder**.

**FBI** reports from the 1960s uncovered by a Justice Department Task Force last fall show Barboza perjured himself to protect his best friend and fellow hit man Vincent J. "The Bear" Flemmi, who also was an **FBI** informant.

But Vincent Flemmi later confessed his role in the Deegan crime to his attorney, Joseph J. Balliro Sr., and said Limone, Tameleo, Greco and another wrongly convicted man, Joseph Salvati, were not involved.

Committee investigators theorize that the government wanted the men's convictions in an all-out war on the mafia ordered by then-**FBI** Director J. Edgar Hoover.

Salvati, who drew Barboza's ire over an unpaid gambling debt and spent 30 years in prison, was merely seen as "collateral damage," according to one committee source.

Barboza recanted in July 1970 to his attorney F. Lee Bailey, the lawyer said in a sworn affidavit many years after Barboza died.

The DA in California charged Barboza with first-degree murder but Barboza was later allowed to plead to second-degree murder and spent four years in prison.

"Behind the scenes, Teddy Harrington was going out there talking to Barboza," another source familiar with the case said. "Why did the **FBI** and the U.S. Attorney's Office and the Justice Department go out there?"

Harrington, 67, could not be reached for comment.
TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

Caption: BARBOZA: Killed man while in Witness Protection Program.

---- INDEX REFERENCES ----

NAMED PERSON:    HARRINGTON, EDWARD F; LIMONE, PETER J; DEEGAN, TEDDY

ORGANIZATION:    FEDERAL BUREAU OF INVESTIGATION

NEWS SUBJECT:    English language content; Crime/Courts; Political/General News; Crime; Domestic Politics; Politics (ENGL GCRIM GCAT CRM GPOL PLT)

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

7/28/01 BOSTONH 005                                                    Page 3

Language:  EN
SOURCE REGION:     MA NME US USE


EDITION:          ALL EDITIONS

Word Count: 556

7/28/01 BOSTONH 005

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.                                                          factiva.
                                                                 Dow Jones & Reuters

11/12/01 BOSTONH 016                                              Page 1


11/12/01 Boston Herald 016
2001 WL 3816374


                          Boston Herald
                          Copyright 2001


                   **Monday, November 12, 2001**

                              NEWS

        Parole board asked to clear dead man of murder he didn't commit

                          J. M. LAWRENCE

   . Louis Greco received a soldier's burial at Bourne National Cemetery five years
ago but died a convicted killer who languished for 28 years in prison for a murder
that **FBI** records show he didn't commit.

   · Now his longtime attorney, John Cavicchi, wants the state to exonerate the World
War II vet who once held power in the New England mob.

   "I want his name cleared," Cavicchi says. "Massachusetts has to put this behind
it."

   Greco, a Revere native, won the Purple Heart, two Bronze Stars and other
commendations during his World War II service in the Army.

   His legs were riddled with shrapnel during battle in the Pacific and he was
honorably discharged in 1946.

   But Greco went to prison in 1968 on the testimony of notorious mob rat Joseph
"The Animal" Barboza in the Edward "Teddy" **Deegan murder** case.

   Cavicchi has asked the state to wipe away "the stigma of this wrongful
conviction" posthumously for the sake of Greco's family.

   The Massachusetts Parole Board is considering the request, according to a
spokesman.

   The board has cleared Greco before. Members voted twice in the 1980s to commute
his sentence, long before the Justice Department uncovered old **FBI** records last
year showing he and three others were wrongly convicted of murder.

   Greco himself passed a lie detector test in 1982 on a national television show
where he denied taking part in the plot to kill Deegan, an amateur boxer who had
offended mob leaders.

   But each time, Greco's pardon stopped at the governor's desk.

               Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

   Both former governors Michael Dukakis and William Weld cited Greco's history of organized crime as reason to keep him in prison.

   Greco's only conviction prior to the Deegan case was a 1952 charge for adultery, according to Cavicchi.

   Defense attorneys and congressional investigators who have studied the Deegan case believe the **FBI** manipulated Barboza to falsely accuse Greco, Henry Tameleo, Peter Limone and Joseph Salvati of killing Deegan.

   Barboza and a partner actually committed the murder, defense attorneys claim.

   The Massachusetts Parole Board majority also voted to release Limone, but that pardon never went through.

   Earlier this year, Limone was released from prison after 33 years.

   Limone and the estates of Greco and Tameleo are now suing the state and the **FBI** for $375 million.

   Cavicchi said his effort to clear Greco's name is unrelated to the civil suit. "It doesn't have any bearing on it," the attorney said.

   A pardon won't heal the wounds Greco's wife and two sons suffered after losing him for 28 years but the family still deserves the gesture, Cavicchi said.

   One of Greco's sons committed suicide.

   The state has pardoned a dead man before. On Sept. 9, 1983, the parole board cleared Irish farmers James Halligan and Dominick Daly, who were falsely accused of murder and hanged in the early 1800s.

   Greco, a tough man who left school in the seventh grade and won fame as a boxer, was given burial in Bourne just before Congress passed laws denying a final resting place to vets convicted of murder.

                    ---- INDEX REFERENCES ----


NAMED PERSON:     GRECO, LOUIS; CAVICCHI, JOHN; LIMONE, PETER


ORGANIZATION:     FEDERAL BUREAU OF INVESTIGATION


NEWS SUBJECT:     English language content; Crime/Courts; Political/General News; Crime (ENGL GCRIM GCAT CRM)


REGION:           United States; North American Countries; United States; North America (USA NAMZ US NME)


            Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

11/12/01 BOSTONH 016                                          Page 3

Language:  EN
SOURCE REGION:      MA NME US USE


EDITION:            1ST EDITION

Word Count: 507

11/12/01 BOSTONH 016

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.