UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Catherine Deegan Patterson, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11817 JLT |
| ) | |
| United States of America, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter having come before the Court on the United States' Motion to Dismiss, after reviewing the motion and the opposition thereto, and for good cause shown, it is hereby

ORDERED that Motion is granted, and the action is dismissed with prejudice for lack of subject matter jurisdiction.

DATED this _____ day of _____, 2004.


_____
Honorable Joseph L. Tauro
United States District Judge