```
UNITED STATES DISTRICT COURT                FILED
DISTRICT OF MASSACHUSETTS              IN CLERKS OFFICE

                                          2005 FEB 22  P 3: 01

CATHERINE DEEGAN PATTERSON,  )            U.S. DISTRICT COURT
Individually and as she is the )          DISTRICT OF MASS.
Administratrix of the Estate of )
Edward "Teddy" Deegan,       )
and YVONNE DEEGAN GIOKA,     )       CIVIL ACTION NO. 04-11817 JLT
         Plaintiffs,         )
                             )
v.                           )
                             )
UNITED STATES OF AMERICA     )
and DENNIS CONDON            )
         Defendants          )
```

## PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME FOR SUBMITTING EVIDENTIARY MATERIALS

Plaintiffs seek an additional thirty days for submitting evidentiary materials in order to support her opposition to the motion of the defendant United States to dismiss this case.

As grounds for this Motion, plaintiffs' counsel says that, when the plaintiffs' opposition to the motion to dismiss was filed on January 5, plaintiffs requested up to and including February 22 to file additional evidentiary materials in the form of affidavits or depositions. Specifically, the plaintiffs sought leave to obtain a sworn statement from Richard Deegan regarding when Deegan first became aware that the FBI had been involved in the death of his brother, Edward Teddy Deegan. Despite diligent efforts, plaintiffs' counsel has not been able to obtain an affidavit from Mr. Deegan.

1

However, plaintiffs' counsel believes that, over the next thirty days, he can obtain Mr. Deegan's statement through a deposition or affidavit and will make diligent efforts to do so. Plaintiffs' counsel does not control or have direct access to Richard Deegan. However, he will make every effort to subpoena Deegan.

Although plaintiffs' counsel has no desire to delay these proceedings unnecessarily, he anticipates that Deegan's statement will be substantial assistance in opposing the motion to dismiss this meritorious case. For these reasons, plaintiffs' counsel requests that the Court indulge the plaintiffs and extend the period of time up to and including March 22 for the submission of additional evidentiary materials.

Respectfully submitted,
Plaintiffs,
By their attorneys,

_____
Neil Rossman, BBO#430620

_____
Paul F. Denver, BBO#120755
Rossman & Rossman
Marketplace Center – North
200 State Street
Boston, MA 02109
(617) 439-9559

DATED: February 22, 2005

2

## CERTIFICATE OF SERVICE

I, Paul F. Denver, do certify that on this 22nd day of February, 2005, the attached Plaintiffs' Motion for an Enlargement of Time for Submitting Evidentiary Materials was forwarded to Bridget Bailey Lipscomb, Trial Attorney, Torts Branch, Civil Division, U.S. Department of Justice, Benjamin Franklin Station, P.O. Box 888, Washington, D.C. 20044, attorneys for the United States of America, by first class mail, postage prepaid.

*/s/ Paul F. D.*
Paul F. Denver, BBO#120755
Rossman & Rossman
Marketplace Center – North
200 State Street
Boston, MA 02109
(617) 439-9559