UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
Catherine Deegan Patterson, *et al.*        )
                                            )
                    Plaintiffs,             )
                                            )
    v.                                      )  CIVIL ACTION NO. 04-11817 JLT
                                            )
United States of America, *et al.*          )
                                            )
                    Defendants.             )
_____)

### UNITED STATES' MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant United States of America moves this Honorable Court for leave to file a brief in reply to the Opposition of Plaintiffs To The United States' Motion To Dismiss, filed on February 22, 2005. On March 22, 2005, plaintiffs' filed Plaintiffs' Submission of Affidavit of Richard Deegan wherein material issues in this case were briefed and the affidavit of Richard Deegan was attached. The United States requests permission to submit a Reply Brief that will address the issues raised in plaintiffs' briefs and may assist this Court in resolving the motion.

//

//

//

//

//

//

//

//

    Because undersigned counsel is involved in active discovery in seven consolidated cases before the Honorable Judge Lindsay in this District, thirty days to submit a reply brief is requested.

                                                Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                PHYLLIS J. PYLES
                                                Director, Torts Branch

                                                /s/ Bridget Bailey Lipscomb
                                                BRIDGET BAILEY LIPSCOMB
                                                Trial Attorney, Torts Branch
                                                Civil Division, U.S. Department of Justice
                                                P.O. Box 888, Benjamin Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: 202-616-9356
                                                Fax: 202-616-5200

                                                ATTORNEYS FOR THE
                                                UNITED STATES

    Undersigned counsel certifies that on March 23, 2005, pursuant to LR, D. Mass 7.1(a)(2), she attempted to confer with counsel of record for plaintiffs, Mr. Paul Denver, via telephone as to the filing of this motion. Counsel was unable to speak with Mr. Denver, so she left a voicemail message.

Date: March 23, 2005                                       Signed: /s/ Bridget Bailey Lipscomb
                                                                      Bridget Bailey Lipscomb

## CERTIFICATE OF SERVICE

    I, Bridget Bailey Lipscomb, hereby certify that on March 23, 2005, I served a true copy of the United States Motion For Leave To File Reply Brief by U.S. mail on:

    Neil Rossman
    Paul F. Denver
    Rossman & Rossman
    Marketplace Center - North
    200 State Street
    Boston, MA 02109

    /s/Bridget Bailey Lipscomb
    BRIDGET BAILEY LIPSCOMB