# EXHIBIT  1

 Westlaw.

factiva.
Dow Jones & Reuters

2/6/97 USATD 06A

Page 1

2/6/97 USA TODAY 06A
1997 WL 6993744

USA Today
Copyright 1997

**Thursday, February 6, 1997**

NEWS

ACROSS THE USA: NEWS FROM EVERY STATE

Alabama

  Tuscaloosa -- University of Alabama trustees unanimously agreed to hire Thomas Meredith as chancellor of the three-university network. Thomas headed Western Kentucky University. . . . Montgomery -- A House committee OK'd a bill that would allow an unlimited number of video poker machines at Alabama's four dog racing tracks.

Alaska

  Nome -- The Port of Nome posted its busiest season of the decade in '96 due to increases in fishing and construction activity. Harbormaster Joy Baker said 140 vessels called on Nome's port, up from 130 in '95.

Arizona

  Phoenix -- A bipartisan group of state lawmakers is pushing legislation to tighten a voter-OK'd law that allows the release of nonviolent drug offenders from prison and gives doctors permission to prescribe drugs like marijuana.

Arkansas

  Little Rock -- A Senate panel defeated a plan that would have made it easier for public school districts to switch to four-day weeks. Some senators worried the plan would burden parents with extra day-care costs.

California

  Los Angeles -- The Twin Towers jail complex that will hold 4,200 prisoners was dedicated by the county after sitting empty for over a year for lack of operating funds. Inmates were allowed in Jan. 25. . . . Pomona -- A freight train jumped the tracks on Wednesday, spilling hundreds of gallons of diesel fuel. No injuries were reported. The 24-car train was heading from Arkansas to Long Beach when three locomotives and one freight car went off the tracks.

Colorado

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Denver -- The IRS has signed a 10-year, $28 million lease in Dominion  Plaza. Its 784 employees will occupy 171,534 square feet. . . . The state's Limited Gaming Control Commission voted to allow Colorado's 56 casinos to offer video blackjack. Five players can play against a computer "dealer."

Connecticut

Hartford -- An advisory panel urged the state Board of Education to double the number of minority teachers in public schools. Now, 7% of the state's teachers are minorities, while 30% of students  are minorities, officials say.

Delaware

Dover -- Teachers and key lawmakers support Gov. Carper's plan  to more than triple funding to give struggling students more time  in study programs. Carper's proposal would boost funding from  $2.2 million to $7.2 million.

D.C.

Marthell Dean, 23, was charged in the murder of police officer Brian Gibson, 27. Gibson was ambushed while sitting in his car  at a traffic light, police said. "He was in the wrong place at  the wrong time," Police Chief Larry Soulsby said. "This was  an unprovoked attack. It's almost like an assassination."

Florida

Tallahassee -- Residents with Internet access can help decide  if the state song, Old Folks at Home, should be canned  because of its original reference to "darkeys." E-mail the secretary  of state's office at www.dos.state.fl.us.

Georgia

Atlanta -- A private service will be held for Edwin I. Hatch,  a former chairman and president of Georgia Power Co. He died Tuesday of an undisclosed illness at age 84, his family said.

Hawaii

Honolulu -- State lawmakers are moving to impose something similar  to the state's hotel room tax on time-share apartments. Sen. Rosalyn  Baker said it could mean an additional $20 million to $30 million  a year in state tax revenues.

Idaho

Caldwell -- Area doctors have called on state and federal health experts to help explain the deaths of seven Canyon County residents who died in their sleep in the past five months. "There were  some unusual findings in the cases that suggest they might be  tied together," said Mercy Medical Center pathologist Thomas Donndelinger. He would not elaborate.

Illinois

Joliet -- Peter Kapsimalis, 15, and his sister, Galatea, 16, gave up their

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/6/97 USATD 06A                                                      Page 3

one-day hunger strike after a judge threatened to jail their mother if they didn't cooperate with lawyers handling their parents' pending divorce. Neither wants to be ordered to visit their father.

Indiana

Indianapolis -- Indiana Women's Prison officials opened a children's visiting center. They said it is the missing piece in efforts to improve inmates' parenting skills.

Iowa

Des Moines -- Gov. Branstad said he'll push a program to convert criminals into computer specialists. Businesses would donate outdated computers to the state and prisoners would fix them up and give the computers to schools.

Kansas

Wichita -- Uptown Pizza Co. agreed to pay $28,087 in fines for child labor violations at five Pizza Huts, the U.S. Dept. of Labor said.

Kentucky

Frankfort -- A survey of 800 registered voters found 49.9% strongly oppose the addition of video lottery terminals at horse tracks, said Front & Center, a group of Kentucky Democrats.

Louisiana

Lake Charles -- A probe of whether the Star Riverboat Casino discharged untreated sewage into Lake Charles could take several weeks, Coast Guard officials said. The CG got an anonymous complaint about the discharge.

Maine

South Portland -- About 20,000 gallons of gasoline spilled into Portland Harbor as it was being loaded onto a barge. It caused a noxious odor but minimal environmental damage, the Coast Guard said.

Maryland

Friendsville -- Garrett County agricultural officials want to form a cooperative for goat and rabbit meat producers. Increased demands from immigrants and the health-conscious could lead to production of 3 million pounds a year, officials said. . . . Linthicum -- Air freight traffic at Baltimore-Washington International Airport increased 19% to 275 million pounds in '96, figures show. Passenger traffic rose 2% to 13.4 million.

Massachusetts

Boston -- The Governor's Council voted to commute the life sentence of Joseph Salvati, 64, who has served 30 years in prison for conspiracy in the '65 **murder** of Edward **Deegan**. Salvati has always maintained his innocence. He'll be on parole

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/6/97 USATD 06A                                                    Page 4

for life if the Parole Board  agrees with the council. . . . A $65 million
computer system will  allow elimination of 40 jobs, state Treasurer Joe Malone
said.  Malone has brought the workforce from 530 in '91 to 435.

#### Michigan

Kalamazoo -- City Manager Marc Ott will receive at least $85,000 and perhaps as
much as $141,000 over the next year for agreeing  to resign, a Kalamazoo Gazette
story said. Residents are  questioning the agreement.

#### Minnesota

St. Paul -- Some state and county officials say attempts to turn welfare into
workfare are doomed if the state fails to spend enough on public transportation so
workers can get to their jobs.

#### Mississippi

Jackson -- The House has passed a constitutional ban on homosexual  marriages.
The Senate has yet to deal with the issue. If both houses OK it, it would go
before voters. The bill is in response  to a judge's decision barring Hawaii from
denying marriage licenses  to gay couples.

#### Missouri

St. Louis -- Workers at the Jefferson Barracks excavation are unearthing WWI
explosives that were washed down from an old powder magazine onto the banks of the
Mississippi.

#### Montana

Helena -- The Legislature would switch to annual sessions instead of 90 days
every other year under a bill endorsed by the Senate. Sen. Mike Sprague said
states that make timely decisions have  an edge in attracting new industries.

#### Nebraska

Omaha -- The Metropolitan Utilities District will temporarily lower its rates in
a nod to consumers who have had to crank up  the heat during an unusually bitter
winter. The average customer  will see a $20.40 monthly savings.

#### Nevada

Carson City -- Parents or guardians would have to pay for property  damaged by
their children or wards under a bill reviewed by an Assembly panel. Those unable
to pay and their children could be made to perform community service.

#### New Hampshire

Concord -- Legislators are reviewing a bill that would allow charity  gambling
organizations to raise the $1 bets to $5. New England  Fund Raising Co. says the
bill would help pull back gamblers that  seek out-of-state casinos.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/6/97 USATD 06A                                                      Page 5

  New Jersey

  New Hanover Township -- Police dismissed charges against a Camden teenager who
called 911 when he needed directions to a bus station. Rashon Jackson, 19, said he
was cold, hungry and lost on Jan.  13 when he made the call.

  New Mexico

  Santa Fe -- The Public Utility Commission will hold a hearing Feb. 19 on the
state's first electric deregulation agreement.  A proposal by Texas New Mexico
Power would let 43,000 customers  shop for electric power.

  New York

  Albany -- Advocates for nursing home residents say the proposed elimination of a
state rule that requires nursing homes to give residents 30 days notice before
they are moved will make "transfer trauma" more frequent. The change is scheduled
to take effect  in April. . . . High school kids may soon have to pass a foreign
language test to graduate under a proposal before the Board of Regents.

  North Carolina

  Raleigh -- Gov. Hunt told the North Carolina Citizens for Business  and Industry
conference he is serious about raising teacher pay  to the national average, but
he will make sure the best teachers  get the biggest raises.

  North Dakota

  Bismarck -- The state Senate killed a bill that would have required  convenience
store owners to protect overnight clerks by adding  bullet-proof glass, security
cameras and extra lights.

  Ohio

  Cincinnati -- State environmental regulators refused to renew  a permit for a
landfill that neighbors claim is smelly and causes health problems. Waste
Management of Ohio has 30 days to appeal.  . . . Columbus -- Voters across Ohio
rejected 20 of 31 school  issues on special ballots Tuesday. Only two of 14
measures to  fund building projects were OK'd.

  Oklahoma

  Lugert -- Searchers recovered wreckage they think is part of a plane reported
missing Monday afternoon. Witnesses say the plane, which carried three people,
crashed into Lake Altus-Lugert. Divers have found no bodies.

  Oregon

  Salem -- The Oregon Employment Dept. is reminding residents of Jackson,
Josephine, Klamath and Wallowa counties that they can  get help if they lost jobs
due to the December floods. Residents  should check with the office by Feb. 26.

  Pennsylvania

                    © 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/6/97 USATD 06A                                                      Page 6

Harrisburg -- The House added five more county judges to a bill it sent back to the Senate, raising to 31 the total number of judgeships to be created. The bill would provide judges to 23 counties.

Rhode Island

Bristol -- Roger Williams University's law school announced it has been accredited by the American Bar Association. The state's only law school opened in '93.

South Carolina

Fort Mill -- Gov. Beasley told the Governor's Conference on Tourism and Travel that about 32 million people visited the state in '96, spending $6.1 billion. In '95, 31 million visitors spent $6 billion.

South Dakota

Sioux Falls -- Rental property owners now can evict tenants convicted of criminal behavior in their homes under the city's new safety program. Tenants must agree in writing they will not commit on-property crimes.

Tennessee

Nashville -- Highway deaths are rising in Tennessee and dropping nationwide, giving the state the nation's seventh-highest fatality rate. The state needs to restrict teen drivers, enforce seat belt laws and make life hard for drunken drivers, a NTSB official said.

Texas

Houston -- Four of the six escapees who tunneled out of a Pittsburgh prison in January will remain in the Harris County Jail for at least three weeks. They refused terms of voluntary extradition to Pennsylvania. The other two escapees voluntarily returned.

Utah

Salt Lake City -- The House Government Operations Committee sent the House a bill to repeal the state's term-limits law. Lawmakers in '94 passed legislation limiting legislators and other state elected officials to 12 years.

Vermont

Montpelier -- The state's system of depending on local property taxes to pay for education is unconstitutional. It's unfair to children in poorer areas, the state Supreme Court ruled.

Virginia

Richmond -- A federal appeals court ruled the U.S. Dept. of Education can't withhold $50 million from Virginia over the state's refusal to educate special education students while expelled or suspended. The state isn't required to treat

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

such children differently, the  panel said.

  Washington

  Olympia -- The state OK'd the proposed merger between Puget Sound Power &
Light and Washington Energy, which could create the largest electric and natural
gas utility in the Northwest.

  West Virginia

  Point Pleasant -- A Wisconsin firm was awarded a $29.9 million contract to
replace the 65-year-old Shadle Bridge, Gov. Underwood said. Residents feared it
was on the verge of collapse. Work should be finished by fall of '98.

  Wisconsin

  Madison -- Wisconsin sued eight tobacco companies and three industry  groups,
seeking billions of dollars in the companies' profits  and reimbursement for
smoking-related health costs. It's the 21st  state to file suit.

  Wyoming

  Riverton -- Gov. Geringer probably won't comply with a state Senate  measure
that directs him to negotiate a gambling compact with  the Wind River Indian
Reservation, an aide said. Geringer opposes any type of gambling in Wyoming, said
police director Mary Kay  Hill.


                        ---- INDEX REFERENCES ----


COMPANY (TICKER):  SOUTHERN CO.; WASHINGTON ENERGY CO. (SO WEG)


KEY WORDS:         STATE NEWS; WASHINGTON DC


NEWS SUBJECT:      World Equity Index (WEI)


NEWS CATEGORY:     ACROSS THE USA


INDUSTRY:          Electric Utilities; Southern U.S. Electric Utilities; Gas
Utilities (ELC UES GAS)

REGION:            North America; Washington; District of Columbia; Pacific Rim
(NME WA DC PRM)

Language:  EN
EDITION:           FINAL

Word Count: 2118

                    © 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/6/97 USATD 06A                                        Page 8

2/6/97 USATD 06A

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# ●CBSNEWS.com  HOME



---

# Man Freed After 32 Years

BOSTON, Jan. 8, 2000

A former bookie who served more than 32 years for an underworld murder he said he didn't commit was released Friday after his conviction was thrown out at the request of prosecutors.

Prosecutors said newly discovered FBI files from the 1960s cast doubt on 66-year-old Peter Limone's guilt.

**"The information contained in the documents undermined significantly the testimony that was given at trial by the commonwealth's chief witness,"** Mark Lee, Assistant District Attorney for Suffolk County, told the CBS News *Early Show*. **"With respect to Mr. Limone, it also undermined the theory of the Commonwealth's case."**

It appeared to be yet another embarrassment for the FBI's Boston office, which is under scrutiny for some agents' allegedly cozy relationships with the mob.

Last month, Justice Department investigators looking into allegations of corruption in the office gave Limone's lawyer secret FBI reports from the time around Edward "Teddy" Deegan's 1965 murder. The documents showed that an informant had given the FBI a list of suspects that did not include Limone's name.

Limone, who spend four of his 32 years behind bars on death row, was convicted in part on the testimony of mob hitman Joseph "The Animal" Barboza, one of the names on the list.

Superior Court Judge Margaret Hinkle on Thursday ordered Limone released without bail, criticizing the FBI for withholding information that could have led to Limone's acquittal.

**"It is now time to move on,"** the judge said. **"Mr. Limone's long wait is over."**

About 50 friends and relatives of Limone broke into applause at the ruling.

Prosecutors would not say Friday whether they plan to retry Limone.

**"Legally, we could retry Mr. Limone,"** Lee said. **"But at this point we're guided more by ethical considerations. The question we have to ask is whether we feel ethically comfortable pursuing him."**

An FBI spokeswoman declined comment Friday.

Outside the courtroom, surrounded by his wife, children and grandchildren, Limone said he was bitter about his 32-year incarceration and accused the FBI of framing him.

**"I'm just happy that I have my family still and they've been with me all this time,"** Limone said. **"Every day you look at it, and every day you know you're innocent, but you wait for this day."**

Prior to his murder conviction, Limone had once been reputed to be a Mafia associate, but only had been convicted of running a dice game, said his lawyer, John Cavicchi.

Cavicchi told **CBS News** that he is preparing lawsuits on his client's behalf. **"We're suing everybody,"** he said.

A motive for Deegan's slaying remains murky. Among the speculation that arose is that he was targeted in a mob hit after he and two friends allegedly robbed the home of the wrong man.

Since the new information from the FBI files was publicized, two lawyes who had underworld clients have stepped forward to say their clients - who have since died - told them innocent men had been convicted.

At the same time, the Justice Department is investigating FBI ties to reputed mob boss James "Whitey" Bulger

and his lieutenant Stephen "The Rifleman" Flemmi.

FBI agent John Connolly was indicted last year on charges he took gifts from Bulger and Stephen Flemmi and tipped them off to the identities of FBI informants and witnesses who were later murdered. He is also accused of warning Bulger of an impending indictment, prompting him to flee in 1995.

Bulger is on the FBI's **Ten Most Wanted List,** and Flemmi is awaiting trial on murder charges.

Cavicchi said he believes the documents implicate top FBI officials in suppressing information that would have exonerated Limone.

**"It doesn't name anybody, but these documents came from Washington and, I believe, J. Edgar Hoover's files,"** he said. **"It went all the way to the top."**

©MMI Viacom Internet Services Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report.

 Westlaw.

 factiva.
Dow Jones & Reuters

1/5/01 ASSOCPR (No Page)                                                      Page 1


1/5/01 Associated Press (Pg. Unavail. Online)
2001 WL 3649603

AP Online
Copyright 2001 The Associated Press. All Rights Reserved.

**Friday, January 5, 2001**

Man Freed After Serving 32 Years

By MARTIN FINUCANE
Associated Press Writer

  CAMBRIDGE, Mass. (AP) - A former bookie who served more than 32 years for an
underworld murder he said he didn't commit was released Friday after his
conviction was thrown out at the request of prosecutors.

  Prosecutors said newly discovered FBI files from the 1960s cast doubt on
66-year-old Peter Limone's guilt.

  It appeared to be yet another embarrassment for the FBI's Boston office, which
is under scrutiny for some agents' allegedly cozy relationships with the mob.

  Last month, Justice Department investigators looking into allegations of
corruption in the office gave Limone's lawyer secret FBI reports from the time
around Edward "Teddy" **Deegan's** 1965 **murder**. The documents showed that an informant
had given the FBI a list of suspects that did not include Limone's name.

  Limone was convicted in part on the testimony of mob hitman Joseph "The Animal"
Barboza, one of the names on the list.

  Superior Court Judge Margaret Hinkle on Thursday ordered Limone released without
bail, criticizing the FBI for withholding information that could have led to
Limone's acquittal.

  "It is now time to move on," the judge said. "Mr. Limone's long wait is over."

  About 50 friends and relatives of Limone broke into applause at the ruling.

  Prosecutors would not say Friday whether they plan to retry Limone.

  The former prosecutor and defense attorneys in the Deegan killing have said they
didn't know about the FBI informant reports at the time of the trial. An FBI
spokeswoman declined comment Friday.

  Outside the courtroom, surrounded by his wife, children and grandchildren,
Limone said he was bitter about his 32-year incarceration and accused the FBI of
framing him.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"I'm just happy that I have my family still and they've been with me all this time," Limone said. "Every day you look at it, and every day you know you're innocent, but you wait for this day."

Prior to his **murder** conviction, Limone had once been reputed to be a Mafia associate, but only had been convicted of running a dice game, said his lawyer, John Cavicchi.

A motive for **Deegan's** slaying remains murky. Among the speculation that arose is that he was targeted in a mob hit after he and two friends allegedly robbed the home of the wrong man.

Since the new information from the FBI files was publicized, two lawyers who had underworld clients have stepped forward to say their clients - who have since died - told them innocent men had been convicted.

At the same time, the Justice Department is investigating FBI ties to reputed mob boss James "Whitey" Bulger and his lieutenant Stephen "The Rifleman" Flemmi.

FBI agent John Connolly was indicted last year on charges he took gifts from Bulger and Stephen Flemmi and tipped them off to the identities of FBI informants and witnesses who were later murdered. He is also accused of warning Bulger of an impending indictment, prompting him to flee in 1995.

Bulger is on the FBI's Ten Most Wanted List, and Flemmi is awaiting trial on murder charges.


                        ---- INDEX REFERENCES ----


KEY WORDS:          NATIONAL


NEWS SUBJECT:       English language content; Crime and Courts; Political and General News; Crime (ENGL GCRIM GCAT CRM)


STORY ORIGIN:       CAMBRIDGE, MASS.


NEWS CATEGORY:      DOMESTIC


REGION:             United States; North America (US NME)

Language:  EN
SOURCE REGION:      NME US


Word Count: 501

1/5/01 ASSOCPR (No Page)

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.





1/6/01 CHICAGOTR 9                                                    Page 1


1/6/01 Chi. Trib. 9
2001 WL 4026960


Chicago Tribune
Copyright 2001 by the Chicago Tribune

**Saturday, January 6, 2001**

News

Across the nation

JUDGE CITES FBI LAPSES, FREES PRISONER

From Tribune News Services

  A former bookie who served 32 years for a murder he said he didn't commit was freed Friday after his conviction was thrown out.

  Prosecutors said newly released FBI files from the 1960s cast doubt on 66-year-old Peter Limone's guilt.

  It appeared to be yet another embarrassment for the FBI's Boston office, which is under scrutiny for some agents' cozy relationships with the underworld.

  Last month, Justice Department investigators scrutinizing allegations of corruption in the office gave Limone's lawyer secret FBI reports from the time around Edward **Deegan's** 1965 **murder**.

  Limone was convicted in part on the testimony of mob hitman Joseph "The Animal" Barboza, one of the names on an informant's list of suspects; Limone was not on the list.

  Superior Court Judge Margaret Hinkle on Thursday ordered Limone released without bail, criticizing the FBI for withholding information.

  "It is now time to move on," the judge said.

  The former prosecutor and defense lawyers in the Deegan killing have said they didn't know about the FBI informant reports.


---- INDEX REFERENCES ----


NAMED PERSON:     LIMONE, PETER


© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1/6/01 CHICAGOTR 9                                                        Page 2

ORGANIZATION:      FEDERAL BUREAU OF INVESTIGATION

KEY WORDS:       MASSACHUSETTS; MURDER; SENTENCE; CHANGE; DATE

NEWS SUBJECT:      Crime; Crime and Courts; Political and General News; English
language content (CRM GCRIM GCAT ENGL)

STORY ORIGIN:     CAMBRIDGE, MASSACHUSETTS

REGION:         Massachusetts; Eastern U.S.; United States; North America;
United States; North American Countries; Pacific Rim Countries (MA USE US NME USA
NAMZ PACRMZ)

Language:  EN
SOURCE REGION:    IL NME US USC

EDITION:        CHICAGOLAND FINAL ; N

Word Count: 169

1/6/01 CHICAGOTR 9

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

 Westlaw.

The New York Times

1/7/01 NYT 115

Page 1

1/7/01 N.Y. Times 115
2001 WLNR 2905221

New York Times (NY)
Copyright (c) 2001 The New York Times. All rights reserved.

**January 7, 2001**

Section: 1

Murder Conviction Tossed in 60's Case

AP

Peter Limone, former bookie who served more than 32 years for underworld murder in Boston, Mass, is released from prison after his conviction is thrown out at request of prosecutors; prosecutors say newly discovered Federal Bureau of Investigation files cast doubt on Limone's guilt in killing of Edward **Deegan** (S)

CAMBRIDGE, Mass., Jan. 6--A former bookie who served more than 32 years for an underworld **murder** he said he did not commit has been released from prison after his conviction was thrown out at the request of prosecutors.

Prosecutors said newly discovered Federal Bureau of Investigation files from the 1960's had cast doubt on the guilt of the man, Peter Limone, 66, in the killing of Edward Deegan in 1965.

Mr. Limone was released on Friday.

Last month, Justice Department investigators looking into allegations of corruption in the F.B.I.'s Boston office gave Mr. Limone's lawyer reports that showed an informer had given the bureau a list of suspects that did not include Mr. Limone.

Mr. Limone was convicted in part on the testimony of Joseph Barboza, one of the names on the list.

On Thursday, Judge Margaret R. Hinkle of Suffolk Superior Court in Boston ordered Mr. Limone released without bail, criticizing the F.B.I. for withholding information that could have led to Mr. Limone's acquittal.

"It is now time to move on," Judge Hinkle said. "Mr. Limone's long wait is over."

About 50 friends and relatives of Mr. Limone's broke into applause at the ruling.

Prosecutors would not say whether they planned to retry Mr. Limone.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The former prosecutor and defense lawyers in the **Deegan** killing have said they did not know about the F.B.I. reports at the time of the trial. An agency spokeswoman declined to comment on Friday.

Before his **murder** conviction, Mr. Limone's only conviction was for running a dice game, his lawyer, John Cavicchi, said.

Outside court, surrounded by his wife, children and grandchildren, Mr. Limone said, "Every day you look at it, and every day you know you're innocent, but you wait for this day."

---- INDEX REFERENCES ----

NEWS SUBJECT: (Violent Crime (1VI27); Crime (1CR87); Social Issues (1SO05))

REGION: (Massachusetts (1MA15); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39))

Language: EN

OTHER INDEXING: (**DEEGAN**; EDWARD **DEEGAN**; FEDERAL BUREAU OF INVESTIGATION; JUSTICE DEPARTMENT; **MURDER** CONVICTION TOSSED; SUFFOLK SUPERIOR COURT) (Hinkle; John Cavicchi; Joseph Barboza; Limone; Margaret R. Hinkle; Peter Limone) (**Murders** and Attempted **Murders**) (Boston (Mass))

EDITION: Late Edition - Final

Word Count: 405
1/7/01 NYT 115

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

factiva.
Dow Jones & Reuters

1/8/01 Newsday A17
2001 WL 9210767

Newsday
Copyright Newsday Inc., 2001

**Monday, January 8, 2001**

NEWS

WORLD / NATION BRIEFS

COMPILED FROM NEWS DISPATCHES

Military Coup in Ivory Coast

Dissident soldiers seized the radio station in Ivory Coast's main city Abidjan today, but officials said loyalist forces were quelling an attempted coup d'etat.

Heavy firing erupted late yesterday in the center of the commercial capital of the West African country, the world's biggest cocoa producer, where military rule ended in a wave of people power protests last October.

"The radio and the television station are currently in the hands of the soldiers," one unidentified soldier said on the radio. He said that a spokesman would give a further message shortly and told people their security would be guaranteed.

But Interior Minister Emile Boga Doudou denied that dissident troops were in control of the radio and television stations, although he said there were soldiers inside both buildings holding workers hostage.

"They are not in control. They are fleeing at this moment," he said.

Prime Minister Affi N'guessan earlier told Reuters that loyalist troops had brought an attempted coup under control.

N'guessan did not say who might be behind the coup attempt in the former French colony, where elected President Laurent Gbagbo came to power in October after protests toppled army ruler Robert Guei who was trying to rig a presidential poll.

Pinochet Disobeys Judge

Openly challenging the judge seeking to try him on human rights charges, former Chilean dictator Augusto Pinochet disobeyed an order yesterday to undergo tests to determine his fitness for trial.

As the deadline set by Judge Juan Guzmn passed, the judge and doctors appointed

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

to conduct the neurological and mental exams waited in vain for the 85-year-old former ruler to appear at Sant- iago's army hospital.

Guzmn left the hospital without commenting while Pinochet remained in Los Boldos, his heavily guarded country house in Bucalemu, 80 miles southwest of Santiago.

Shortly after noon, Pinochet was seen entering a private chapel next to the residence to attend mass. He appeared to walk with difficulty, using a cane and aided by bodyguards. His wife, Lucia Hiriart, and several friends were with him.

Guzmn had ordered Pinochet to undergo two days of tests starting yesterday, followed by legal questioning tomorrow. The step was expected to lead to a reinstatement of the indictment against Pinochet on homicide and kidnaping charges.

In a brief communique, Pinochet's spokesman, retired Gen. Guillermo Garin, said the former leader is prepared to undergo the tests, "but only under the conditions set by the Supreme Court." The high court has ruled the entire procedure should be conducted at the military hospital.

Putin, Schroeder in Talks

Russian President Vladimir Putin and German Chancellor Gerhard Schroeder used talks over the Orthodox Christmas weekend to ease ties strained by disagreements over Russian debt and war booty.

Russian plans to skip $1.5 billion in debt repayments this quarter angered German officials and threatened to overshadow a two-day trip to Moscow designed to cement Schroeder's ties with Putin.

Putin said Moscow would pay its bills, but signaled he wanted to restructure the $48-billion Paris Club debt inherited from the Soviet Union.

Schroeder said Russia had enough funds to meet its liabilities and said he had discussed with Putin a proposal to convert part of the debt into stakes in Russian businesses.

The two sides would discuss the issue further later this month, the chancellor said.

Freed Man Meets Grandkids

A former bookie who spent more than three decades in prison for an underworld murder he apparently did not commit spent his first weekend of freedom with his grandchildren, the Boston Herald reported yesterday.

A Massachusetts state judge released Peter Limone, 66, after prosecutors asked that his conviction for the 1965 **murder** of mobster Edward **Deegan** be thrown out. Prosecutors said FBI files released last month cast doubt on Limone's guilt.

Family was all Limone could talk about in his first hours of freedom. "I'm just happy I still have them," he told the Herald as he gave his granddaughter a

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1/8/01 NWSDAY A17                                                    Page 3

chocolate. "They've been with me all this time."

   Limone was on death row from 1968 until 1972, when Massachusetts eliminated the
death penalty.


                        ---- INDEX REFERENCES ----


NAMED PERSON:      PINOCHET UGARTE, AUGUSTO; GUZMN, JUAN; PUTIN, VLADIMIR;
SCHROEDER, GERHARD; LIMONE, PETER


KEY WORDS:        IVORY COAST; JUDGE; AUGUSTO PINOCHET; VLADIMIR PUTIN; PRISONER;
MEETING; FAMILY; MASSACHUSETTS


NEWS SUBJECT:     News Digest; Content Types; News Summaries; English language
content; Armed Forces; Political and General News; Military Action; Corporate and
Industrial News (NSUM NCAT SUM ENGL GDEF GCAT MLT CCAT)


MARKET SECTOR:    Consumer Cyclical (CYC)


INDUSTRY:         Media: Radio Broadcasting; Broadcasting; All Entertainment &
Leisure; Media (IARB BRD ENT MED)

PRODUCT:          African/Middle East News/Features; Leisure; Media (DAF DLE DME)


REGION:           Ivory Coast; Africa; Massachusetts; Eastern U.S.; United
States; North America; African Countries; West African Countries; United States;
North American Countries; Pacific Rim Countries (IV AF MA USE US NME AFRICAZ WAFRZ
USA NAMZ PACRMZ)

Language:  EN
SOURCE REGION:    NME NY US USE


EDITION:          HOME

Word Count: 677

1/8/01 NWSDAY A17

END OF DOCUMENT

                    © 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.





1/8/01 Wash. Times (D.C.) A8
2001 WL 4144039

The Washington Times
Copyright 2001

**Monday, January 8, 2001**

A;NATION;

[ AROUND THE NATION ]

FROM WIRE DISPATCHES AND STAFF REPORTS

MAN'S CONVICTION REVERSED AFTER 32 YEARS

BOSTON - A former bookie who spent more than three decades in prison for an underworld murder he apparently did not commit spent his first weekend of freedom with his grandchildren, the Boston Herald reported yesterday.

A Massachusetts state judge released Peter Limone, 66, after prosecutors asked that his conviction for the 1965 **murder** of mobster Edward "Teddy" **Deegan** be thrown out.

Prosecutors said FBI files released last month by the Justice Department cast doubt on his guilt.

Family was all he could talk about in his first hours of freedom. "I'm just happy I still have them," he told the Herald as he gave his granddaughter a chocolate. "They've been with me all this time."

BURGLAR STOLE MOTRIN, POLICE SAY

DURHAM, N.C. - After forcing his way into a home, a burglar then stole some nonprescription painkillers valued at $1.

Police arrested a man who identified himself as Jerome McNeil at the scene of the burglary Friday night, the News & Observer of Raleigh, N.C., reported.

The victim, Kim Brayton, told police she opened the door for the suspect, who forced his way in, a police report said. The suspect took 4 1/2 pills of Motrin, valued at $1, and tried to steal her purse.

Police charged Mr. McNeil with first-degree burglary and second- degree kidnapping. Jail officials said he had been released on bond Saturday.

NO JAIL FOR WOMAN IN CHILD-ABUSE CASE

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FORT PIERCE, Fla. - A woman accused of forcing her 16-year-old daughter to go to an abortion clinic and telling a nurse her daughter would abort the fetus or die will not serve jail time or have a criminal record as part of a plea agreement.

Prosecutors said they accepted the plea because the woman's daughter refused to testify against her.

Glenda Dowis, 42, had faced up to 10 years in prison. She was sentenced to two years' community control and three years' probation for two third-degree felony charges of aggravated assault and child abuse.

As a condition of the deal, Dowis is barred from possessing a firearm during the next five years or contacting her daughter beyond visits approved by the state Department of Children and Families.

STUDY FINDS DIURETICS HELP PREVENT STROKES

CHICAGO - Treating high blood pressure with drugs works best at preventing one of its major complications - strokes - if common pills called diuretics are included, new research suggests.

The study, reported in today's Archives of Internal Medicine, involved 3,170 patients taking one or more drugs to treat high blood pressure, the single most important cause of strokes.

Among those without underlying heart disease, treatment without a diuretic was linked to an 85 percent increased risk of stroke, compared with therapy including a diuretic.

Diuretics are among the oldest drugs used to control high blood pressure, which the American Heart Association estimates afflicts as many as 50 million Americans.

PLANE REPORTED CRASHED WAS JUST FLYING LOW

NEW YORK - A small plane reported to have crashed into the Hudson River was actually just flying low on a government wildlife survey, and its pilot was alive and well and still on the job yesterday, aviation officials said.

Police rushed divers to the river Friday after two witnesses crossing the high George Washington Bridge reported seeing a single- engine, high-wing aircraft with a blue stripe plunge into the water near the span. The search was expanded down the river into New York Harbor, but no debris was found.

The plane belongs to the U.S. Fish and Wildlife Service. At the time the witnesses thought they saw a crash, the pilot was flying at about 100 feet above the water, said Jim Peters, a spokesman for the Federal Aviation Administration.

---- INDEX REFERENCES ----

NEWS SUBJECT:     English language content; Crime and Courts; Political and General News; Crime (ENGL GCRIM GCAT CRM)

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1/8/01 WATIMES A8                                                      Page 3

Language:  EN
SOURCE REGION:    DC NME US USE


EDITION:          2

Word Count: 622

1/8/01 WATIMES A8

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.