# EXHIBIT  2

Westlaw.

factiva.
Dow Jones & Reuters



1/8/01 CBSTM (No Page)                                             Page 1

1/8/01 CBS News: This Morning (Pg. Unavail. Online)
2001 WL 6734446

                        CBS News: The Early Show
        (c) Copyright Federal Document Clearing House. All Rights Reserved.

                          **Monday, January 8, 2001**

                              News; Domestic

                    Man Set Free After 32 Years Behind Bars

                              Bryant Gumbel

  After serving more than 32 years behind bars, 66-year-old Peter Limone was set
free on Friday.  A judge overturned Limone's 1965 murder conviction after the
release of secret FBI documents suggesting the Bureau may have covered up the
evidence that could have cleared him.

  BRYANT GUMBEL, CBS ANCHOR:  After serving more than 32 years behind bars,
66-year-old Peter Limone was set free on Friday.  A judge overturned Limone's 1965
murder conviction after the release of secret FBI documents suggesting the Bureau
may have covered up the evidence that could have cleared him.  Peter Limone's in
Watertown, Massachusetts, with his attorney John Cavicchi.

  Gentlemen, good morning.

  Mr. Limone, how does it feel to have your life back?

  PETER LIMONE:  Very good.

  GUMBEL:  Did you always think this day would come or was there a time you
thought you'd been forgotten in prison?

  LIMONE:  A lot of times you think you're forgotten.

  GUMBEL:  Did you know what was happening on the outside, on your behalf?

  LIMONE:  Yes, I was, through my attorney.

  GUMBEL:  You spent four years on death row.

  LIMONE:  Yes.

  GUMBEL:  At that time, did you think you were going to die in prison?

  LIMONE:  Yes, I did.

                  © 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1/8/01 CBSTM (No Page)                                                    Page 2

  GUMBEL:  Mr. Cavicchi, how did you come by these heretofore secret FBI
documents?

  JOHN CAVICCHI, ATTORNEY:  I have to give credit to the Justice task force.  If
it were not for them, there's no doubt in my mind Mr. Limone would have died in
prison.  I did report this case to the Justice Department and I asked the justice
task force if they had any information regarding the Deegan case.  A couple of
weeks ago, they came up with the documents that turned out to be the cause of Mr.
Limone's conviction being reversed.

  GUMBEL:  It was the case of a man murdered.  You were not Mr. Limone's original
attorney.  You represented Louis Crickco.

  CAVICCHI:  That's right.

  GUMBEL:  What did the FBI documents reveal that led to this release?

  CAVICCHI:  Well, the FBI documents reveal that two days before the **murder** took
place, the FBI knew who the murderer was.  Greco was convicted of having shot
**Deegan** with a gun in an alley when he was in Florida.  It turns out the first
person in the witness protection program was the shooter.

  GUMBEL:  The FBI's motive in this was what, protect the witness protection
program?

  CAVICCHI:  A lot of it has to do with the fact these defendants that went to
prison for something they did not do were Italian-Americans.  At that time they
were trying to promote the image of the Mafia as being some kind of sinister
group.

  GUMBEL:  They were trying to pad the reputation?

  CAVICCHI:  Yes.

  GUMBEL:  There are reports the documents show the top FBI officials were
complicity in suppressing this information.  How high up the line did it go?

  CAVICCHI:  It doesn't name anybody, but these documents came from Washington
and, I believe, J. Edgar Hoover's files and it went all the way to the top.

  GUMBEL:  You think (UNINTELLIGIBLE) were being sent to prison for a crime they
didn't commit?

  CAVICCHI:  It wouldn't surprise me.

  GUMBEL:  I want to go to Mr. Lee, the assistant district attorney for Suffolk
County.  Why did your office support the appeal?  Was there a pretty clear
decision for you?

  MARK LEE, SUFFOLK CO. ASST. DISTRICT ATTORNEY:  It was a clear decision,
particularly when the Justice task force provided us with the documents they did.
Prior to that day, which I guess is about three weeks ago at this point, those
documents had been undisclosed to anybody.  And when we examined those documents,

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

what became very clear was that the information contained in the documents undermined significantly the testimony that was given at trial by the commonwealth's chief witness. Moreover, at least with respect to Mr. Limone, it also undermined the theory of the commonwealth's case.

  GUMBEL:  It was something brought about by the release of these documents specifically?

  LEE:  Exactly.

  GUMBEL:  Are you convinced Peter Limone's an innocent man?

  LEE:  Well, I don't know whether Mr. Limone's guilt or not guilty. That wasn't the task I had before me.  The task I had before me was to determine whether there was newly discovered evidence such that Mr. Limone was warranted in getting a new trial.  I don't know if anyone could determine if Mr. Limone is guilty or not guilty.

  GUMBEL:  Technically, his conviction was vacated.  Does that mean you could try him again?

  LEE:  Yes, as a legal matter it does mean we can try him again.

  GUMBEL:  Do you intend to?

  LEE:  That's a decision we are working on at the moment.  Legally, we could retry Mr. Limone, but at this point we're guided more by ethical considerations. The question we have to ask is whether we feel ethically comfortable pursuing him.

  GUMBEL:  Especially when he's served 32 years in prison already?

  LEE:  That's correct.

  GUMBEL:  Would you like to file a civil lawsuit against either the FBI or state prosecutors for what they did to you?

  LIMONE:  Yes.

  GUMBEL:  Mr. Cavicchi, do you intend to help him?

  CAVICCHI:  We're suing everybody.

  GUMBEL:  You have, as I understand, four kids and eight grandchildren. What do you want to do with the rest of your life?

  LIMONE:  I want to spend them with my family, my wife, my children and my grandchildren.

  GUMBEL:  You got the time coming to you.

  Peter Limone, congratulations.

  LIMONE:  Thank you very much.

                    © 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1/8/01 CBSTM (No Page)                                                        Page 4

  GUMBEL:  John Cavicchi, thank you.  And Mr. Mark Lee in Boston, thank you.

  THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE
UPDATED.

  Content and programming copyright 2001 MSNBC.  ALL RIGHTS  RESERVED.
Transcription Copyright 2001 eMediaMillWorks, Inc. (f/k/a Federal Document
Clearing House, Inc.) ALL RIGHTS  RESERVED. No license is granted to the user of
this material other than for research. User may not reproduce or redistribute the
material except for user's personal or internal use and, in such case, only one
copy may be printed, nor shall user use any material for commercial purposes or in
any fashion that may infringe upon MSNBC and eMediaMillWorks, Inc.'s copyright or
other proprietary rights or interests in the material. This is not a legal
transcript for purposes of litigation.


                    ---- INDEX REFERENCES ----


NAMED PERSON:    PETER LIMONE, JOHN CAVICCHI, MARK LEE


NEWS SUBJECT:    Law Enforcement; English language content; Crime and Courts;
Political and General News; Crime (LEN ENGL GCRIM GCAT CRM)


NEWS CATEGORY:    INTERVIEW


Language:  EN
SOURCE REGION:    NME US


Word Count: 1044

1/8/01 CBSTM (No Page)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.