# EXHIBIT 4



# U.S. Department of Justice

Civil Division, Torts Branch
Federal Tort Claims Act Staff

Phyllis J. Pyles
Director

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

Telephone: (202) 616-4265
Facsimile: (202) 616-5200

PJP:ALLanstra
157-16-31504

VIA CERTIFIED MAIL--
RETURN RECEIPT REQUESTED

Anthony M. Cardinale, Esq.
655 Summer Street
Boston, MA 02210

    Re:    Administrative tort claim of Richard Deegan, as Administrator of the Estate of Edward Deegan

Dear Mr. Cardinale:

    The administrative claim which you presented on or about January 27, 2003, to the Federal Bureau of Investigation on behalf of Richard Deegan, as Administrator of the Estate of Edward Deegan, has been referred to this office for a determination.

    The administrative claim seeks damages under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680. In order to recover, a claimant must show negligence or a wrongful act or omission on the part of a federal employee acting within the scope of employment. In addition, a claim must be presented within the limitations period established by the Act. Claims may only be pursued by the injured party or a duly authorized agent or legal representative. 28 C.F.R. § 14.2(a).

    I have reviewed the material you have submitted and have considered the pertinent circumstances. Because the claim is barred by several provisions of the Federal Tort Claims Act, and otherwise fails to state a claim under the law of Massachusetts, it must be, and hereby is, denied.

I am required by law (28 C.F.R. § 14.9(a)) to inform you that if the claimant is dissatisfied with this determination, the claimant must file suit in an appropriate United States District Court not later than six months after the date of mailing of this notification of denial. 28 U.S.C. § 2401(b).

Very truly yours,

*Phyllis J. Pyles*

PHYLLIS J. PYLES
Director, Torts Branch
Civil Division

cc: Honorable Valerie Caproni
General Counsel, Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

**UNITED STATES POSTAL SERVICE**

Official Business

PENALTY FOR PRIVATE USE TO AVOID PAYMENT OF POSTAGE $300

'004 MAR 29

Administrative Tort Claim of
Richard Deegan, as Administrator of the
Estate of Edward Deegan
157-16-31504

• Print your name, address and ZIP Code here •
Phyllis J. Pyles
Director
Torts Branch, Civil Division
Benjamin Franklin Station
Post Office Box 888
Washington, D.C. 20044

---

**SENDER:**
• Complete items 1 and/or 2 for additional services.
• Complete items 3, and 4a & b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write "Return Receipt Requested" on the mailpiece below the article number.
• The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Anthony M. Cardinale, Esq.
655 Summer Street
Boston, MA 02210

4a. Article Number
7003 2260 0005 0170 8450

4b. Service Type
☐ Registered    ☐ Insured
☒ Certified     ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery

8. Addressee's Address (Only if requested and fee is paid)

5. Signature (Addressee)
6. Signature (Agent)

PS Form 3811, December 1991    ☆U.S. GPO: 1992-323-402    **DOMESTIC RETURN RECEIPT**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.