UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE DEEGAN PATTERSON, * <br> Individually and as she is the Administratrix * <br> of the Estate of Edward "Teddy" Deegan, * <br> and YVONNE DEEGAN GIOKA, * <br> * <br> Plaintiffs, * <br> * <br> * <br> v. * <br> * <br> * <br> UNITED STATES OF AMERICA, * <br> and DENNIS CONDON, * <br> * <br> Defendants. * | Civil Action No. 04-11817-JLT |

ORDER

June 8, 2005

TAURO, J.

This court hereby orders that:

1. <u>United States' Renewed Motion to Dismiss</u> [#14] is ALLOWED; and

2. Because all of Plaintiffs' claims are barred by 28 U.S.C. § 2401(b), the case is closed.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge