UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE DEEGAN PATTERSON, Individually and as she is the Administratrix of the Estate of Edward "Teddy" Deegan, and YVONNE DEEGAN GIOKA, Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA and DENNIS CONDON Defendants | CIVIL ACTION NO. 04-11817 JLT |

### NOTICE OF APPEAL OF PLAINTIFFS

Notice is hereby given that plaintiffs Catherine Deegan Patterson, Individually and as she is Administratrix of the Estate of Edward "Teddy" Deegan, and Yvonne Deegan Gioka in the above-named case hereby appeal to the United States Court of Appeals for the First Circuit from an order dated June 8, 2005, allowing the renewed motion of the United States to dismiss the case and to close this case.

Respectfully submitted,
Plaintiffs,
By their attorneys,

_Neil Rossman_
Neil Rossman, BBO#430620

_Paul F. Denver_
Paul F. Denver, BBO#120755
Rossman & Rossman
Marketplace Center – North
200 State Street
Boston, MA 02109
(617) 439-9559

DATED: July 6, 2005

1

## CERTIFICATE OF SERVICE

    I, Paul F. Denver, do certify that on this 6th day of July, 2005, the attached Notice of Appeal of the Plaintiffs was forwarded to Bridget Bailey Lipscomb, Trial Attorney, Torts Branch, Civil Division, U.S. Department of Justice, Benjamin Franklin Station, P.O. Box 888, Washington, D.C. 20044, attorneys for the United States of America, by first class mail, postage prepaid.

/s/ Paul F. Denver
Paul F. Denver, BBO#120755
Rossman & Rossman
Marketplace Center – North
200 State Street
Boston, MA 02109
(617) 439-9559