# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11817

Catherine Deegan Patterson, et al

v.

United States of America, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 18, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/18/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11817-JLT

Patterson et al v. United States of America et al
Assigned to: Judge Joseph L. Tauro
Demand: $40000000
Cause: 28:1346 Wrongful Death

Date Filed: 08/20/2004
Jury Demand: Plaintiff
Nature of Suit: 330 Federal Employer's Liability
Jurisdiction: U.S. Government Defendant

### Plaintiff

**Catherine Deegan Patterson**

*individually and as she is the Administratix of the Estate of Edward "Teddy" Deegan*

represented by **Neil Rossman**
Rossman & Rossman
Two Hundred State Street
Marketplace Center-North
Boston, MA 02109
617-439-9559
Fax: 617-439-4434
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F. Denver**
Rossman & Rossman
Marketplace Center, North Bldg.
Two Hundred State Street
Boston, MA 02109
617-439-9559
Fax: 617-439-4434
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Deegan Gioka**  represented by  **Neil Rossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Paul F. Denver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Defendant**

**United States of America**  represented by  **Bridget Bailey Lipscomb**
U.S. Department of Justice
PO Box 888
Ben Franklin Station
Washington, DC 20044
202-616-9356
Fax: 202-616-5200
Email: Bridget.Lipscomb@usdoj.gov

*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**Dennis Condon**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58121, filed by Yvonne Deegan Gioka, Catherine |

| | | |
|---|---|---|
| | | Deegan Patterson. (Attachments: # 1)(Abaid, Kim) (Entered: 08/23/2004) |
| 08/20/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Abaid, Kim) (Entered: 08/23/2004) |
| 08/20/2004 | | Summons Issued as to Dennis Condon, United States of America, U.S. Attorney and U.S. Attorney General (Abaid, Kim) (Entered: 08/23/2004) |
| 10/13/2004 | 2 | SUMMONS Returned Executed by Yvonne Deegan Gioka, Catherine Deegan Patterson. United States of America served on 9/21/2004, answer due 11/22/2004. (Abaid, Kim) (Entered: 10/14/2004) |
| 10/13/2004 | 3 | SUMMONS Returned Executed by Yvonne Deegan Gioka, Catherine Deegan Patterson. United States of America - Attorney General John D. Ashcroft served on 9/21/2004, answer due 11/22/2004. (Abaid, Kim) (Entered: 10/14/2004) |
| 10/13/2004 | 4 | SUMMONS Returned Executed by Yvonne Deegan Gioka, Catherine Deegan Patterson. Dennis Condon served on 9/21/2004, answer due 11/22/2004. (Attachments: # 1)(Abaid, Kim) (Entered: 10/14/2004) |
| 11/22/2004 | 5 | NOTICE of Appearance by Bridget Bailey Lipscomb on behalf of United States of America (Lipscomb, Bridget) (Entered: 11/22/2004) |
| 11/22/2004 | 6 | MOTION to Dismiss for Lack of Jurisdiction by United States of America. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5a# 6 Exhibit 5b# 7 Exhibit 5c# 8 Exhibit 5d# 9 Exhibit 5e# 10 Exhibit 6# 11 Text of Proposed Order) (Lipscomb, Bridget) (Entered: 11/22/2004) |
| 11/22/2004 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss for Lack of Jurisdiction filed by United States |

| | | |
|---|---|---|
| | | of America. (Lipscomb, Bridget) (Entered: 11/22/2004) |
| 12/06/2004 | 8 | MOTION for Extension of Time to January 7, 2005 to File an Opposition to the Motion to Dismiss by Yvonne Deegan Gioka, Catherine Deegan Patterson. (Abaid, Kim) (Entered: 12/07/2004) |
| 12/08/2004 | | Judge Joseph L. Tauro : ELECTRONIC ORDER entered granting 8Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss. (Lovett, Zita) (Entered: 12/08/2004) |
| 01/07/2005 | 9 | MOTION for Leave to Submit Additional Evidentiary Materials by Catherine Deegan Patterson, Yvonne Deegan Gioka.(Abaid, Kim) (Entered: 01/10/2005) |
| 01/07/2005 | 10 | Opposition re 6 MOTION to Dismiss for Lack of Jurisdiction filed by Catherine Deegan Patterson, Yvonne Deegan Gioka. (Abaid, Kim) (Entered: 01/10/2005) |
| 01/11/2005 | 11 | Opposition re 9 MOTION for Leave to File filed by United States of America. (Lipscomb, Bridget) (Entered: 01/11/2005) |
| 01/20/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered denying without prejudice until completion of discovery allowed 6 Motion to Dismiss for Lack of Jurisdiction. (Abaid, Kim) (Entered: 01/20/2005) |
| 01/20/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 9 Motion for Leave to File Additional Evidentiary Materials. (Abaid, Kim) (Entered: 01/20/2005) |
| 02/22/2005 | 12 | MOTION for Extension of Time to March 22, 2005 to Submit Evidentiary Materials by Catherine Deegan Patterson, Yvonne Deegan Gioka.(Abaid, Kim) (Entered: 02/23/2005) |
| 02/24/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered |

| | | |
|---|---|---|
| | | granting 12 Motion for Extension of Time (Lovett, Zita) (Entered: 02/24/2005) |
| 03/22/2005 | 13 | Submission of AFFIDAVIT of Richard Deegan by Catherine Deegan Patterson, Yvonne Deegan Gioka. (Abaid, Kim) (Entered: 03/22/2005) |
| 03/23/2005 | 14 | MOTION to Dismiss for Lack of Jurisdiction *Renewed Motion* by United States of America.(Lipscomb, Bridget) (Entered: 03/23/2005) |
| 03/23/2005 | 15 | MOTION for Leave to File *Reply Brief* by United States of America.(Lipscomb, Bridget) (Entered: 03/23/2005) |
| 03/24/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 15 Motion for Leave to File Reply Brief (Abaid, Kim) (Entered: 03/28/2005) |
| 04/21/2005 | 16 | REPLY to Response to Motion re 6 MOTION to Dismiss for Lack of Jurisdiction filed by United States of America. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Lipscomb, Bridget) (Entered: 04/21/2005) |
| 06/08/2005 | 17 | Judge Joseph L. Tauro : ORDER entered granting 14 Motion to Dismiss for Lack of Jurisdiction. Because all of Plaintiffs' claims are barred by 28 USC 2401(b), this case is closed. (Abaid, Kim) (Entered: 06/08/2005) |
| 06/08/2005 | 18 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM AND OPINION(Abaid, Kim) (Entered: 06/08/2005) |
| 07/06/2005 | 19 | NOTICE OF APPEAL as to 18 Memorandum & Opinion by Catherine Deegan Patterson, Yvonne Deegan Gioka. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm |

|  |  | MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/26/2005. (Patch, Christine) (Entered: 07/07/2005) |
|---|---|---|
| 07/07/2005 | 🌑 | Filing fee: $ 255, receipt number 65463 regarding 19 Notice of Appeal (Abaid, Kim) (Entered: 07/13/2005) |